**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| HDC HOLDINGS II, LLC, *et al.*,[1] | Case No. 24-12307 (TMH) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF
LIMITATIONS, METHODOLOGY AND DISCLAIMERS
REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the above-captioned chapter 11 cases which are currently pending in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methodology, and Disclaimer regarding the Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: HDC Holdings II, LLC (2013); HDC Holdings III, LLC (3296); CCM Capital Assets, LLC (9451); Channel Control Merchants, LLC (3319); Dirt Cheap I, LLC (9433); CCM Support Services, LLC (2059); CCM Wholesale SE, LLC (7219); Channel Control Merchants of Texas, LLC (8091); Creative Sales Solutions, LLC (1691); Dirt Cheap Arkansas, LLC (0244); Dirt Cheap Building Supplies, LLC (0880); Dirt Cheap of Georgia, LLC (0269); Dirt Cheap of Louisiana, LLC (0067); Dirt Cheap SE, LLC (4928); Dirt Cheap Tennessee, LLC (1273); Treasure Hunt, LLC (9393); CCM Wholesale, LLC (7219); Channel Control Merchants of California, LLC (9011); and CAL Support Services, LLC (2859). The Debtors' headquarters are located at 6892 US Hwy 49 North, Hattiesburg, Mississippi 39402.

[2]   These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

The Schedules and Statements have been prepared by the Debtors' management team, with the assistance of their professional advisors, with reliance upon the efforts, statements, and representations of personnel of the Debtors and the advice of the Debtors' legal and other professional advisors. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist.

The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate, but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Court. Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 11 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases, and claims, assumption or rejection of contracts and leases, and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.

## Global Notes and Overview of Methodology

**Description of the Cases and "As of" Information Date**. On October 14, 2024 (the "Petition Date"), each of the Debtors commenced voluntary cases under chapter 11 of the Bankruptcy Code in the Court to conduct a sale process for substantially all of their assets pursuant to section 363 of the Bankruptcy Code. The Debtors' chapter 11 cases are being jointly administered under Case No. 24-12307 (TMH). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are continuing to manage their financial affairs as debtors in possession. On October 23, 2024, the Office of the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code. Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.

**Basis of Presentation**. For financial reporting purposes, the Debtors historically have prepared consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP").

Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to fully reconcile to any financial statements prepared by the Debtors.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date

**Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Insiders**.  In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" as such term is defined in section 101(31) of the Bankruptcy Code.  Except as otherwise disclosed herein or in the Statements, payments to "insiders" are set forth on Statement 4.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to: (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

      a.     **Current Market Value – Net Book Value**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all estate assets.  Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value of such assets.  Market values may vary, at times materially, from net book values.

      b.     **First Day Orders**.  Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (each, a "First Day Order," and

3

collectively, the "First Day Orders"), the Debtors and their estates are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, claims of vendors, claims related to customer programs, and claims related to insurance programs. The liabilities reported in Schedule E/F are net of any payments made pursuant to the First Day Orders.

c. **Setoffs**. To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements. The Debtors and their estates reserve all rights with respect to any such setoffs.

d. **Credits and Adjustments**. Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

e. **Leases**. In the ordinary course of business, the Debtors lease certain real property from certain third-party lessors for use in the operation of their business. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues. The Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' leasehold interests as of the Petition Date, and may not reflect the net realizable value of such interests.

f. **Executory Contracts and Unexpired Leases**. The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. Rather, executory contracts and unexpired leases have been set forth solely on Schedule G. The Debtors' rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtors and their estates; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtors and their estates reserve all rights with respect to the assertion of any such claims.

**Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information available at the time of filing the Schedules and Statements. If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

**Estimates**.  The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Classifications**.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.

**Claims Description**.  The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed."

**Guaranties and Other Secondary Liability Claims**.  Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtors' contracts and leases may not be included on Schedule H.  Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

**Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statements.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, accrued accounts payable, deferred rent, deferred revenue, and sales tax payable.

**Intellectual Property Rights**. Exclusion of certain intellectual property shall not constitute an admission that such intellectual property rights have been abandoned, have been terminated or otherwise have expired by their terms, have been assigned or otherwise transferred pursuant to a sale, acquisition, other transaction, or have immaterial value. Conversely, inclusion of certain intellectual property shall not constitute an admission with respect to the materiality of such intellectual property rights, or that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

**NOTES FOR SCHEDULES**

**Schedule A/B – Assets – Real and Personal Property**.  As set forth above, the Debtors and their estates are authorized to pay certain prepetition claims pursuant to the First Day Orders.

All values provided within Schedule A/B are as of September 30, 2024, unless otherwise indicated herein or in Schedule A/B.

The Debtors maintain their books and records on an accrual basis.  Accordingly, certain terms listed in Schedule A/B, Part 2 are listed in the Debtors' books and records as prepayments or deposits, but are, in fact, payments made for certain future expenses or invoices.

As set forth above, all inventory values identified in Schedule A/B, Part 5 are net book value, unless otherwise stated.  In the ordinary course, the Debtors maintain annual inventory reports to calculate their inventory values.  The inventory values provided within Schedule A/B, Part 5 are estimates as of September 30, 2024, and are based on data as of year-end 2023.  The Debtors make no representations on the accuracy of such valuation.

Treasure Topco, LLC is the parent of a consolidated tax group that includes the Debtors.  Federal tax returns, as well as certain state tax returns, are filed on a consolidated basis.  Consequently, the Debtors maintain net operating losses, if any, from consolidated tax filings made by Treasure Topco, LLC, and those net operating losses are only listed under Item 72 for HDC Holdings II, LLC as of year ended December 31, 2023.  The amount of net operating losses is unrecorded and the Debtors reserve all rights to assert that the net operating losses are property of a different Debtor.

The Debtors have applied for an Employee Retention Credit ("ERC") for the years 2020 and 2021 in relation to the COVID-19 pandemic.  The requested ERC claim amount is listed under Item 72 for certain of the Debtors and is still subject to final reconciliation.

Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).  The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.

Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors. No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to, and are not reflective of, any payments made by the Debtors subsequent to the Petition Date.

**Schedule E/F – Creditors Who Have Unsecured Claims**.

**Part 2**. Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts. Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Part 2 of Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F. The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

To the extent that they have been paid, the Debtors have not listed on Part 2 of Schedule E/F, among others, certain unsecured employee wage or benefit claims, tax claims, or claims related to the Debtors' insurance programs for which the Debtors have been granted authority to pay pursuant to a First Day Order. The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in these chapter 11 cases. Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of these chapter 11 cases.

**Schedule G – Executory Contracts and Unexpired Leases**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and

unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein, despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or other agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Additionally, the Debtors maintain certain insurance programs.  The Debtors and their estates reserve all rights in connection with such insurance programs.

All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved.  The Debtors and their estates hereby reserve all rights to:  (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

## <u>NOTES FOR STATEMENTS</u>

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days prior to filing, except for those made to insiders or in connection with the bankruptcy, which are reflected on Statement 4 and in the Debtors' response to Part 6, Question 11, respectively.

**Statement 4**. Statement 4 has been presented on a gross payment basis.  Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations.

**Statement 7**.  The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).  The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  Accordingly, the Debtors have not listed losses that did not rise to a level where some form of recovery was sought.  Such losses are considered *de minimis* and are not tracked at the corporate level.

**Statement 21**.  The Debtors' customers may make purchases using cash at the Debtors' brick and mortar retail locations.  In the ordinary course of business, the Debtors deposit cash at their retail stores into on-site safes provided by Brink's Capital LLC ("Brinks").  Once deposited, the cash in the safes becomes the property of Brinks and Brinks simultaneously credits such amount to the Debtors' accounts.

**Statement 27.**  With respect to SOFA Part 13, question 27, in connection with the Debtors' efforts to account for their inventories, the values provided do not account for loss of inventory due to theft or property damage.  The Debtors make no representations on the accuracy of such valuations.

**Fill in this information to identify the case:**

Debtor        Channel Control Merchants, LLC

United States Bankruptcy Court for the:        District of Delaware

Case number        24-12310
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   NOT APPLICABLE

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   $11,176,742.97

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   $11,176,742.97

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   UNKNOWN

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

   $598,846.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

   **+**        $35,613,762.74

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   $36,212,608.74

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Channel Control Merchants, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12310 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | HANCOCK BANK ACCOUNT (RESTRICTED) | | | $6,100,000.00 |
| 3.2. | HANCOCK BANK ACCUMULATION ACCOUNT | | | $121,317.59 |
| 3.3. | HANCOCK BANK MAIN ACCOUNT | CHECKING | | $484,939.49 |

**4. OTHER CASH EQUIVALENTS**

NONE

**5. Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$6,706,257.08

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

Debtor    Channel Control Merchants, LLC                                Case number (if known)    24-12310
_____
(Name)

| | Current value of debtor's interest |
|---|---|
| **7.  DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| **NONE** | |
| **8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.     PREPAID INSURANCE - ALLIANT INSURANCE SERVICES | $30,347.72 |
| 8.2.     PREPAID INSURANCE - AON RISK SERVICES CENTRAL INC | $373,755.61 |
| 8.3.     PREPAID INSURANCE - AON/AFCO | $239,880.24 |
| 8.4.     PREPAID INSURANCE - EMPOWER | $250.00 |
| 8.5.     PREPAID INSURANCE - WRIGHT NATIONAL | $9,972.00 |
| 8.6.     PREPAID RENT - 3045 EAST TEXAS STREET LLC | $39,200.21 |
| 8.7.     PREPAID RENT - ACS FERRY PASS FL, LLC | $40,968.67 |
| 8.8.     PREPAID RENT - ADAMS CENTER, LTD | $5,054.40 |
| 8.9.     PREPAID RENT - AMBASSADOR WAY SHOPPING CENTER LLC | $16,000.00 |
| 8.10.    PREPAID RENT - AMORY LLC | $9,233.33 |
| 8.11.    PREPAID RENT - A-Z HOLDINGS, LLC | $13,979.17 |
| 8.12.    PREPAID RENT - BARON 551, LLC & ACADEMY | $17,911.29 |
| 8.13.    PREPAID RENT - BECKER ASSOCIATES | $7,700.00 |
| 8.14.    PREPAID RENT - BLUE MOUNTAIN INDUSTRIAL PARK, LLC | $122,880.05 |
| 8.15.    PREPAID RENT - C/H PROPERTIES | $11,005.50 |
| 8.16.    PREPAID RENT - CHESTNUT COMMONS LLC | $9,000.00 |
| 8.17.    PREPAID RENT - CLEVELAND PROPERTIES, LLC | $8,100.51 |
| 8.18.    PREPAID RENT - CLOYD PROPERTIES LLC | $10,000.00 |
| 8.19.    PREPAID RENT - DANIEL G KAMIN MCCOMB LLC | $12,250.00 |
| 8.20.    PREPAID RENT - DEMOPOLIS TOWNE CENTER LLC | $9,823.43 |
| 8.21.    PREPAID RENT - DILLARD TRULOVE TRUST B | $7,000.00 |
| 8.22.    PREPAID RENT - DML-RAN ETC LP | $15,982.17 |
| 8.23.    PREPAID RENT - ELI ERLICH | $9,066.67 |
| 8.24.    PREPAID RENT - FORT OGLETHORPE RETAIL I LLC | $20,163.00 |
| 8.25.    PREPAID RENT - GIBBS DEVELOPMENT, LLC | $12,014.46 |
| 8.26.    PREPAID RENT - GREENWOOD WEST LLC | $9,166.02 |
| 8.27.    PREPAID RENT - GULFPORT ORANGE GROVE ASSOCIATES, LTD. | $21,026.46 |
| 8.28.    PREPAID RENT - HOMEWOOD PROPERTY, LLC | $15,000.00 |
| 8.29.    PREPAID RENT - HUDSPETH PROPERTIES, LLC | $5,600.00 |
| 8.30.    PREPAID RENT - INSIGHT GROUP | $8,981.32 |
| 8.31.    PREPAID RENT - J.B. LEVERT LAND COMPANY LLC | $10,957.00 |
| 8.32.    PREPAID RENT - LA3 CENTERS, LP | $15,360.00 |
| 8.33.    PREPAID RENT - LEWISBURG COMMONS, LLC | $12,270.50 |
| 8.34.    PREPAID RENT - LOUIS WIENER | $10,074.27 |
| 8.35.    PREPAID RENT - MAMMAW MS LLC | $10,533.75 |
| 8.36.    PREPAID RENT - MERCURY PLAZA GP | $23,040.00 |
| 8.37.    PREPAID RENT - MINGLEWOOD PROPERTIES LTD | $128,281.46 |
| 8.38.    PREPAID RENT - MONROE RETAIL GROUP, LLC | $10,000.00 |

Debtor    Channel Control Merchants, LLC                                Case number (if known)    24-12310
             (Name)

|  | | Current value of debtor's interest |
|---|---|---|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.39. | PREPAID RENT - MS EQUITIES LLC | $12,610.47 |
| 8.40. | PREPAID RENT - MYSTIC, LLC | $14,166.66 |
| 8.41. | PREPAID RENT - PABANI BROTHERS LLC | $19,819.50 |
| 8.42. | PREPAID RENT - PARASOL PROPERTY MANAGEMENT | $14,399.63 |
| 8.43. | PREPAID RENT - PEARL MARKETPLACE, LLC | $12,906.25 |
| 8.44. | PREPAID RENT - PHILLIPS DISTRIBUTORS, INC. | $17,250.00 |
| 8.45. | PREPAID RENT - PINE TREE PLAZA, LLC | $17,773.33 |
| 8.46. | PREPAID RENT - REALVEST LLC | $20,685.00 |
| 8.47. | PREPAID RENT - RETAIL PROPERTIES, LLC | $1,775.00 |
| 8.48. | PREPAID RENT - RIA GATLINGBURG PROPERTIES, LLC. | $13,561.33 |
| 8.49. | PREPAID RENT - RIDGELAND REALTY JJG, LLC. | $18,289.52 |
| 8.50. | PREPAID RENT - ROBERT N GRAHAM, LLC | $13,600.00 |
| 8.51. | PREPAID RENT - ROMA STREET MANAGEMENT LLC | $39,528.00 |
| 8.52. | PREPAID RENT - SEARCY SQUARE LLC | $17,029.23 |
| 8.53. | PREPAID RENT - SECOND STREET OF MADISON, LLC | $7,500.00 |
| 8.54. | PREPAID RENT - SHERMAN BOYLES JR. | $4,500.00 |
| 8.55. | PREPAID RENT - SMYRNA VILLAGE | $17,252.73 |
| 8.56. | PREPAID RENT - SOUTHERN DEVELOPMENT OF | $17,477.00 |
| 8.57. | PREPAID RENT - SPILLER LLC | $17,671.00 |
| 8.58. | PREPAID RENT - T. HALL ANDALUSIA LLC | $10,416.67 |
| 8.59. | PREPAID RENT - TANGILENA VILLAGE MANINTENANCE | $10,497.50 |
| 8.60. | PREPAID RENT - TOWN SQUARE OF COLUMBIA, LLC | $10,109.58 |
| 8.61. | PREPAID RENT - V & V, LLC | $5,106.76 |
| 8.62. | PREPAID RENT - VAQUERO BROADWAY PARTNERS, LP | $15,652.40 |
| 8.63. | PREPAID RENT - WATWOOD INVESTMENTS, LLC | $13,500.00 |
| 8.64. | PREPAID RENT - WAVELAND CHOCTAW PLAZA LLC C/O STIRLING PROPERTIES LLC | $11,962.22 |
| 8.65. | PREPAID RENT - WESTBROOK GULFPORT LLC | $19,028.43 |
| 8.66. | PREPAID RENT - WESTBROOK MART, LLC | $16,175.00 |
| 8.67. | PREPAID RENT - WFP BAYMONT, LP | $13,500.00 |
| 8.68. | PREPAID RENT - WILLIAM ROTH COMPANY | $10,255.89 |
| 8.69. | PREPAID SUPPLIES - BARNES PAPER COMPANY, INC | $41,445.45 |
| 8.70. | PREPAID SUPPLIES - BOURNE BROTHERS PRINTING CO INC | $8,860.00 |
| 8.71. | PREPAID SUPPLIES - DE LAGE LANDEN FINANCIAL SERVICES, INC | $299.76 |
| 8.72. | PREPAID SUPPLIES - FIXTURE ZONE, INC. | $14,341.99 |
| 8.73. | PREPAID SUPPLIES - GRAINGER | $7,046.52 |
| 8.74. | PREPAID SUPPLIES - KENCO LABEL & TAG CO. LLC | $190,804.77 |
| 8.75. | PREPAID SUPPLIES - LP DISTRIBUTORS | $2,464.50 |
| 8.76. | PREPAID SUPPLIES - SIGMA SUPPLY OF NORTH AMERICA | $51,019.65 |
| 8.77. | PREPAYMENT - ACCRUENT LICENSE | $16,502.00 |
| 8.78. | PREPAYMENT - ALTERYX | $2,500.00 |
| 8.79. | PREPAYMENT - CDW DIRECT LLC | $30,069.42 |

Debtor    Channel Control Merchants, LLC
          _____        Case number (if known)    24-12310
          (Name)

|  |  | Current value of debtor's interest |
|---|---|---|
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.80. | PREPAYMENT - DOLLAR TREE | $19.26 |
| 8.81. | PREPAYMENT - DYNAMSOFT | $21,083.32 |
| 8.82. | PREPAYMENT - ESPER.IO | $7,608.00 |
| 8.83. | PREPAYMENT - ORACLE | $6,630.36 |
| 8.84. | PREPAYMENT - PWC PRODUCT SALES LLC | $9,600.82 |
| 8.85. | PREPAYMENT - SALESFORCE.COM INC | $464,640.12 |
| 8.86. | PREPAYMENT - VERGE ENTRANCE | $1,800.00 |
| 8.87. | PREPAYMENT - ZOHO CORPORATION | $2,921.64 |
| 8.88. | RETAINER - EPIQ CORPORATE RESTRUCTURING, LLC | $25,000.00 |
| 8.89. | RETAINER - MOSAIC GROWTH PARTNERS | $200,000.00 |
| 8.90. | RETAINER - YOUNG CONAWAY STARGATT & TAYLOR, LLC | $200,000.00 |
| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $3,070,485.89 |

**Part 3:    ACCOUNTS RECEIVABLE**

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **11.   ACCOUNTS RECEIVABLE** | |
| **12   Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |

**Part 4:    INVESTMENTS**

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| | NAME OF FUND OR STOCK: | | |
| **15.** | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| | Name of entity | % of ownership | |
| 15.1. | CCM SUPPORT SERVICES, LLC | 100%% | UNDETERMINED |
| 15.2. | CCM WHOLESALE SE, LLC | 100%% | UNDETERMINED |
| 15.3. | CHANNEL CONTROL MERCHANCTS OF TEXAS, LLC | 100%% | UNDETERMINED |
| 15.4. | CHANNEL CONTROL MERCHANTS CORPORATION | 100%% | UNDETERMINED |
| 15.5. | CREATIVE SALES SOLUTIONS, LLC | 100%% | UNDETERMINED |

Debtor    Channel Control Merchants, LLC
           (Name)                                                    Case number (if known)    24-12310

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.6.   DIRT CHEAP ARKANSAS, LLC | 100%% | | UNDETERMINED |
| 15.7.   DIRT CHEAP BUILDING SUPPLIES, LLC | 100%% | | UNDETERMINED |
| 15.8.   DIRT CHEAP I, LLC | 100%% | | UNDETERMINED |
| 15.9.   DIRT CHEAP OF GEORGIA, LLC | 100%% | | UNDETERMINED |
| 15.10.  DIRT CHEAP OF LOUSIANA, LLC | 100%% | | UNDETERMINED |
| 15.11.  DIRT CHEAP SE, LLC | 100%% | | UNDETERMINED |
| 15.12.  DIRT CHEAP TENNESSEE, LLC | 100%% | | UNDETERMINED |
| 15.13.  TREASURE HUNT, LLC | 100%% | | UNDETERMINED |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17  Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

|  |
|---|
| UNDETERMINED |

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23  Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

|  |
|---|
| NOT APPLICABLE |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor   Channel Control Merchants, LLC                                    Case number (if known)   24-12310
         (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **CROPS—EITHER PLANTED OR HARVESTED** | | | |
| 29. | **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| 30. | **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| 31. | **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| 32. | **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |
| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | | NOT APPLICABLE |

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 7:** | **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES** |

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **OFFICE FURNITURE** | | | |
| 40. | **OFFICE FIXTURES** | | | |
| 41. | **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 42. | **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| 43 | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | NOT APPLICABLE |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

Debtor    Channel Control Merchants, LLC

(Name)

Case number (if known)    24-12310

---

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.** **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48.** | **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49.** | **AIRCRAFT AND ACCESSORIES** | | | |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |

**51** **Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

NOT APPLICABLE

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.** **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56** **Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

NOT APPLICABLE

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
          (Name)

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.   TRADE NAME - DIRT CHEAP | UNDETERMINED | N/A | UNDETERMINED |
| 60.2.   TRADE NAME - DIRT CHEAP BUILDING SUPPLIES | UNDETERMINED | N/A | UNDETERMINED |
| 60.3.   TRADE NAME - TREASURE HUNT | UNDETERMINED | N/A | UNDETERMINED |
| **61.  INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   DOMAIN NAME: CCMWHOLESALE.CO.US.COM | | | |
| 61.2.   DOMAIN NAME: CHANNELCONTROL.NET | | | |
| 61.3.   DOMAIN NAME: CHANNELCONTROLMERCHANTS.COM | | | |
| 61.4.   DOMAIN NAME: ILOVEDIRTCHEAP.COM | | | |
| 61.5.   DOMAIN NAME: SHOPHUDSONS.COM | | | |
| 61.6.   WEBSITE: WWW.CCMLLC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.7.   WEBSITE: WWW.ILOVEDIRTCHEAP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.8.   WEBSITE: WWW.ILOVEDIRTCHEAPBUILDINGSUPPLIES.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.9.   WEBSITE: WWW.ILOVETREASUREHUNT.COM | UNDETERMINED | N/A | UNDETERMINED |
| **62.  LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.  CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1.   CUSTOMER LISTS | UNDETERMINED | N/A | UNDETERMINED |
| **64.  OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.  GOODWILL** | | | |

**66  Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

| UNDETERMINED |
|---|

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☒ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☒ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.  DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

Debtor   Channel Control Merchants, LLC                          Case number (if known)   24-12310
         (Name)

| | Current value of debtor's interest |
|---|---|
| **71.** **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **NONE** | |
| **72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **NONE** | |
| **73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.1.    INSURANCE CLAIM FOR INTERRUPTION TO BUSINESS FROM FLOODING AT #9060 CCM MAIN WAREHOUSE (6892 US HWY. 49 N - HATTIESBURG, MS) | $1,400,000.00 |
| **74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **NONE** | |
| **75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **NONE** | |
| **76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **NONE** | |
| **77.** **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **NONE** | |
| **78** **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $1,400,000.00 |
| **79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☒ No  ☐ Yes | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $6,706,257.08 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,070,485.89 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |

Official Form 206A/B                Schedule A/B: Assets - Real and Personal Property                Page 9 of 10

Debtor      Channel Control Merchants, LLC                    Case number (if known)      24-12310
            (Name)

| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | | |
|---|---|---|---|---|
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | N/A | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | +  $1,400,000.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $11,176,742.97 | **+** 91b.    N/A | |

92.    **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .          $11,176,742.97

**Fill in this information to identify the case:**

Debtor    Channel Control Merchants, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    24-12310
(if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.
    1. **Do any creditors have claims secured by debtor's property?**
      ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
      ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim *Do not deduct the value of collateral.* | **Column B** Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name** BANK OF THE WEST **Creditor's mailing address** 1625 E FOUNTAINHEAD PKWY TEMPE, AZ  85282 **Creditor's email address** **Date or dates debt was incurred** 1/27/2020 **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** UNKNOWN **Describe the lien** UCC LIEN **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN | UNKNOWN |
| **2.2** **Creditor's name** BFG CORPORATION **Creditor's mailing address** 2801 LAKESIDE DR, STE 212 BANNOCKBURN, IL  60015 **Creditor's email address** **Date or dates debt was incurred** 4/19/2021 **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** UNKNOWN **Describe the lien** UCC LIEN **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | UNKNOWN | UNKNOWN |

Debtor   Channel Control Merchants, LLC
 (Name)

Case number (if known)   24-12310

| Part 1: | Additional Page |

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | Do not deduct the value of collateral. |  |

**2.3**

**Creditor's name**
BMO BANK N.A. (F/K/A BMO HARRIS BANK N.A.)

**Creditor's mailing address**
320 SOUTH CANAL STREET
CHICAGO, IL  60606

**Creditor's email address**

**Date or dates debt was incurred**
12/7/2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
UNKNOWN

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

---

**2.4**

**Creditor's name**
DE LAGE LANDEN FINANCIAL SERVICES, INC.

**Creditor's mailing address**
PO BOX 825736
PHILADELPHIA, PA  19182

**Creditor's email address**

**Date or dates debt was incurred**
7/22/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
FORKLIFTS

**Describe the lien**
EQUIPMENT LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

---

**2.5**

**Creditor's name**
PNC BANK, NATIONAL ASSOCIATION

**Creditor's mailing address**
THE TOWER AT PNC PLZ
300 FIFTH AVE
PITTSBURG, PA  15222

**Creditor's email address**

**Date or dates debt was incurred**
4/5/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
UNKNOWN

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.6 | **Creditor's name**<br>TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.<br><br>**Creditor's mailing address**<br>PO BOX 660926<br>DALLAS, TX  75266<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/10/2020<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>UNKNOWN<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.7 | **Creditor's name**<br>TOYOTA INDUSTRIES COMMERCIAL FINANCE, INC.<br><br>**Creditor's mailing address**<br>PO BOX 660926<br>DALLAS, TX  75266<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/22/2023<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>FORKLIFTS<br><br>**Describe the lien**<br>EQUIPMENT LEASE<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.8 | **Creditor's name**<br>TREASURE TOPCO LLC<br><br>**Creditor's mailing address**<br>5 REVERE DR, STE 206<br>NORTHBROOK, IL  60062<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/22/2024<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>UNKNOWN<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |

Debtor   Channel Control Merchants, LLC                                    Case number (if known)   24-12310

                 (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**2.9**

**Creditor's name**
U.S. BANK EQUIPMENT FINANCE

**Creditor's mailing address**
PO BOX 790448
ST. LOUIS, MO  63179

**Creditor's email address**

**Date or dates debt was incurred**
4/30/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
UNKNOWN

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN          UNKNOWN

---

**2.10**

**Creditor's name**
VAR TECHNOLOGY FINANCE

**Creditor's mailing address**
2330 I-30
MESQUITE, TX  75150

**Creditor's email address**

**Date or dates debt was incurred**
3/17/2021

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
UNKNOWN

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN          UNKNOWN

---

**2.11**

**Creditor's name**
WELLS FARGO VENDO FINANCIAL
SERVICES, LLC

**Creditor's mailing address**
PO BOX 35701
BILLINGS, MT  59107

**Creditor's email address**

**Date or dates debt was incurred**
11/2/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
UNKNOWN

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN          UNKNOWN

---

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          Page 4 of 5

| Debtor | Channel Control Merchants, LLC | Case number (if known) 24-12310 |
|---|---|---|
| | (Name) | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| BMO BANK N.A. (F/K/A BMO HARRIS BANK N.A.)<br>C/O VEDDER PRICE<br>ATTN: MICHAEL L. SCHEIN, ESQ<br>1633 BROADWAY 31ST FLOOR<br>NEW YORK, NY  10019 | Line 2.3 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Channel Control Merchants, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12310 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>CHRIS HOMEWOOD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE PAYMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $253,846.00 | $15,150.00 |
| **2.2** | **Priority creditor's name and mailing address**<br>GREG PENDER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE PAYMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $345,000.00 | $15,150.00 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    Channel Control Merchants, LLC                    Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1** **Nonpriority creditor's name and mailing address**

1ST PRIORITY HVAC SOLUTIONS LLC
1507 CLARK TRAVIS LN NE
BROOKHAVEN, MS  39601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$321.00

---

**3.2** **Nonpriority creditor's name and mailing address**

24/7 SHOP AT HOME INC.
20450 BUSINESS PKWY
CITY OF INDUSTRY, CA  91789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$129,877.50

---

**3.3** **Nonpriority creditor's name and mailing address**

3045 EAST TEXAS STREET LLC
900 PIERREMONT STREET
STE 115
SHREVEPORT, LA  71106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,200.21

---

**3.4** **Nonpriority creditor's name and mailing address**

A&W LAWN KARE, LLC
PO BOX 764
PIEDMONT, AL  36272

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$920.00

---

**3.5** **Nonpriority creditor's name and mailing address**

A.D. SUTTON & SONS, INC.
10 W 33RD ST SUITE 1100
MANHATTAN, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,380.80

---

Debtor   Channel Control Merchants, LLC
(Name)

Case number (if known)  24-12310

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>A1 FIRE PROTECTION SERVICE INC<br>7181 MAYGAN DR<br>OLIVE BRANCH, MS 38654<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $4,700.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>ACADEMY SPORTS + OUTDOORS, INC<br>1800 NORTH MASON RD<br>KATY, TX 77449<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $310,739.62 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>ACCORDION PARTNERS LLC<br>1 VANDERBILT AVE<br>FLOOR 24<br>NEW YORK, NY 10017<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $7,500.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>ACE DATA STORAGE, INC.<br>3305 33RD STREET SUITE A<br>GULFPORT, MS 39501<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $343.56 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>ACS FERRY PASS FL, LLC<br>350 PINE ST SUITE 800<br>BEAUMONT, TX 77701<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $58,048.25 |

Debtor   Channel Control Merchants, LLC          Case number (if known) 24-12310
         (Name)

| Part 2: | Additional Page |

|  | | | Amount of claim |

### 3.11 Nonpriority creditor's name and mailing address

ADAMS CENTER, LTD
5350 W. HILLSBORO BLVD
SUITE B-104
COCONUT CREEK, FL  33073

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,467.40

### 3.12 Nonpriority creditor's name and mailing address

ADP, INC.
PO BOX 842875
BOSTON, MA  02284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,907.24

### 3.13 Nonpriority creditor's name and mailing address

ADVANTAGE FIRE SPECIALISTS, LLC
PO BOX 415
F-538
PONCHATOULA, LA  70454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

### 3.14 Nonpriority creditor's name and mailing address

AIRGAS USA LLC
P.O. BOX 532609
ATLANTA, GA  30353

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,765.09

### 3.15 Nonpriority creditor's name and mailing address

AIRSOUTH LLC
PO BOX 211
MENDENHALL, MS  39114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,348.94

Debtor   Channel Control Merchants, LLC
         (Name)

Case number (if known)   24-12310

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.16**

**Nonpriority creditor's name and mailing address**

ALL SAFE TECHNOLOGIES LLC
PO BOX 520
GULF BREEZE, FL  32562

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.85

---

**3.17**

**Nonpriority creditor's name and mailing address**

ALLEGION ACCESS TECHNOLOGIES LLC
9998 CROSSPOINT BLVD
SUITE 300
INDIANAPOLIS, IN  46256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$403.08

---

**3.18**

**Nonpriority creditor's name and mailing address**

ALPINEWEST RESOURCES INC
PO BOX 156
LAKE OSWEGO, OR  97034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,281.16

---

**3.19**

**Nonpriority creditor's name and mailing address**

ALTERNATIVE INVENTORY SOLUTIONS INC
50 MERIDIAN ST 456
EAST BOSTON, MA  02128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,892.03

---

**3.20**

**Nonpriority creditor's name and mailing address**

AMAZON.COM SERVICES LLC
410 TERRY AVE N
SEATTLE, WA  98109-5210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,484,663.59

---

Debtor   Channel Control Merchants, LLC                                    Case number (if known) 24-12310
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.21** | **Nonpriority creditor's name and mailing address**

AMBASSADOR WAY SHOPPING CENTER LLC
C/O FIDELIS REALTY PARTNER LTD
PO BOX 746942
ATLANTA, GA  30374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,851.55

---

**3.22** | **Nonpriority creditor's name and mailing address**

AMERICAN GLASS SERVICES LLC PICAYUNE
1301 SOUTH HAUGH AVENUE
PICAYUNE, MS  39466

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$492.20

---

**3.23** | **Nonpriority creditor's name and mailing address**

AMERICAN MERCHANDISE LIQUIDATORS, INC.
15884-A HWY 59
FOLEY, AL  36535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,812.75

---

**3.24** | **Nonpriority creditor's name and mailing address**

AMORY LLC
1920 E. MATTHEWS
JONESBORO, AR  72401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,768.35

---

**3.25** | **Nonpriority creditor's name and mailing address**

ANREL DISTRIBUTION LLC
9 BRAIRWOOD CT
JACKSON, NJ  08527

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,640.00

---

Debtor   Channel Control Merchants, LLC                                        Case number (if known)   24-12310
         (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.26** **Nonpriority creditor's name and mailing address**

ANTHONY KENNEY
C/O THE LUCKY LAW FIRM PLC
ATTN: MICHAEL MALINOWSKI & ROBERT M LUCKY
3765 GOVERNMENT ST, STE A
BATON ROUGE, LA 70806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.27** **Nonpriority creditor's name and mailing address**

ARRIVE LOGISTICS
PO BOX 205434
DALLAS, TX 75320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,036.00

---

**3.28** **Nonpriority creditor's name and mailing address**

AT&T MOBILITY
PO BOX 537104
ATLANTA, GA 30353

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$201,061.49

---

**3.29** **Nonpriority creditor's name and mailing address**

AUTOMATED DOOR WAYS INC
P.O. BOX 1231
COLUMBUS, GA 31902-1231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$272.26

---

**3.30** **Nonpriority creditor's name and mailing address**

AVENUE LOGISTICS, LLC
P.O. BOX 7410491
CHICAGO, IL 60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

---

Debtor    Channel Control Merchants, LLC
(Name)

Case number (if known)    24-12310

| Part 2: | Additional Page |

|  | Amount of claim |

**3.31**

**Nonpriority creditor's name and mailing address**

A-Z HOLDINGS, LLC
PO BOX 840
CORINTH, MS  38835

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,736.46

**3.32**

**Nonpriority creditor's name and mailing address**

BARCEL USA LLC
301 S. NOTRHPOINT DR. STE 100
COPPELL, TX  75019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,805.55

**3.33**

**Nonpriority creditor's name and mailing address**

BARNES PAPER COMPANY, INC
PO BOX 102
ALTON, AL  35015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,860.00

**3.34**

**Nonpriority creditor's name and mailing address**

BARON 551, LLC & ACADEMY
EQ, LLC C/O COLLIERS-PRO MANG.
P.O. BOX 22149
NASHVILLE, TN  37202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,911.29

**3.35**

**Nonpriority creditor's name and mailing address**

BARRY MURDOCK
C/O MORGAN & MORGAN BIRMINGHAM PLLC
ATTN: JAKE P JONDLE, ESQ
216 SUMMIT BLVD, STE 300
BIRMINGHAM, AL  35243

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

Debtor    Channel Control Merchants, LLC
          _____          Case number (if known) 24-12310
          (Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.36 | **Nonpriority creditor's name and mailing address**<br><br>BEHRENS INVESTMENT GROUP MANAGEMENT LLC<br>445 PARK AVE, FL 8<br>NEW YORK, NY  10022<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,265.21 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br><br>BENNETT PLUMBING & POOL SUPPLY<br>748 SOUTH LINE STREET<br>RIPLEY, MS  38663<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69.14 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br><br>BEYOND, INC<br>799 W COLISEUM WAY<br>MIDVALE, UT  84047<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $308.14 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>BLOSSMAN GAS & APPLIANCE<br>5536 HWY 42<br>HATTIESBURG, MS  39401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,549.56 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>BLUE MOUNTAIN INDUSTRIAL PARK, LLC<br>HUDSON POINTE<br>MONSEY, NY  10952<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $129,173.57 |

| Debtor | Channel Control Merchants, LLC | Case number (if known) | 24-12310 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.41**

**Nonpriority creditor's name and mailing address**

BLUE RIDGE MOUNTAIN WATER INC
P.O. BOX 211329
MONTGOMERY, AL  36121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$122.81

---

**3.42**

**Nonpriority creditor's name and mailing address**

BMO BANK N.A.
320 SOUTH CANAL STREET
CHICAGO, IL  60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.99

---

**3.43**

**Nonpriority creditor's name and mailing address**

BOHM ENTERPRISES LTD
1301 CONEY ISLAND AVENUE
BROOKLYN, NY  11230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,453.00

---

**3.44**

**Nonpriority creditor's name and mailing address**

BONDED FILTER CO, LLC
1 VANTAGE WAY SUITE D-210
NASHVILLE, TN  37228

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,042.89

---

**3.45**

**Nonpriority creditor's name and mailing address**

BOURNE BROTHERS PRINTING CO INC
5276 HIGHWAY 42
HATTIESBURG, MS  39401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,335.17

---

Debtor      Channel Control Merchants, LLC                                    Case number (if known)      24-12310
            (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,503.00

BRADLEY ARANT BOULT CUMMINGS LLP
PO BOX 830709
BIRMINGHAM, AL  35283

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address**

BRANDON'S
13361 HWY 16
AMITE, LA  70422

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$151.83

---

**3.48** | **Nonpriority creditor's name and mailing address**

BUTLER SNOW LLP
P.O. BOX 6010
RIDGELAND, MS  39158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$987.50

---

**3.49** | **Nonpriority creditor's name and mailing address**

BUYBOX LLC
4725 N 56TH ST
LINCOLN, NE  68504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,657.00

---

**3.50** | **Nonpriority creditor's name and mailing address**

BYLINE FINANCIAL GROUP
ACCOUNTS RECEIVABLE
BIN 88205
MILWAUKEE, WI  53288

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,710.27

Debtor    Channel Control Merchants, LLC                           Case number (if known)    24-12310
            (Name)

| Part 2: | Additional Page |

| | | | Amount of claim |
|---|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,909.10

C SPIRE BUSINESS
PO BOX 830674 MSC 703
BIRMINGHAM, AL  35283

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $341.42

C SPIRE WIRELESS
PO BOX 830674 MSC703
BIRMINGHAM, AL  35283

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,852.56

C. H. ROBINSON WORLDWIDE INC.
P.O. BOX 9121
MINNEAPOLIS, MN  55480

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,005.50

C/H PROPERTIES
P.O. BOX 54403
JACKSON, MS  39288

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,050.00

CAJUN CLASSIC COOKWARE LLC
213 2ND STREET
MAMOU, LA  70554

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 12 of 73

Debtor    Channel Control Merchants, LLC                                      Case number (if known)    24-12310
           (Name)

| Part 2: | Additional Page |

|  |  | Amount of claim |
| --- | --- | --- |

**3.56** **Nonpriority creditor's name and mailing address**

CALCASIEU MECHANICAL CONTRACTORS
3121 COUNTRY CLUB ROAD
LAKE CHARLES, LA  70605

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$699.42

---

**3.57** **Nonpriority creditor's name and mailing address**

CCM ASSOCIATES II LLC
C/O FOX ROTHSCHILD LLC
ATTN: KASEY H. DESANTIS & NATHAN D. BARILLO
919 N. MARKET STREET, SUITE 300, P.O. BOX 2323
WILMINGTON, DE  19899-2323

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.58** **Nonpriority creditor's name and mailing address**

CDW DIRECT LLC
PO BOX 75723
CHICAGO, IL  60675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,816.63

---

**3.59** **Nonpriority creditor's name and mailing address**

CHECKR INC
1 MONTGOMERY STREET SUITE 2400
SAN FRANCISCO, CA  94104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,633.90

---

**3.60** **Nonpriority creditor's name and mailing address**

CHESTNUT COMMONS LLC
423 DR MARTIN LUTHER KING JR DRIVE
STARKVILLE, MS  39759

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,000.00

---

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
         (Name)

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,962.70

CINTAS CORPORATION
PO BOX 88005
CHICAGO, IL  60680

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,899.18

CLARK BEVERAGE GROUP, INC.
P.O. BOX 3090
BOWLING GREEN, KY  42102

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,567.71

CLARK ELECTRIC LLC
188 ROY TUCKER ROAD
HATTIESBURG, MS  39401

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $277,587.92

CLASSIC BRANDS LLC
8901 SNOWDEN RIVER PARKWAY
COLUMBIA, MD  21046

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,100.51

CLEVELAND PROPERTIES, LLC
ATTN: V.M. CLEVELAND
1879 NORTH COLEY ROAD
TUPELO, MS  38801

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.66**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $2,903.00
CLOYD PROPERTIES LLC                                           *Check all that apply.*
433 E BEACH DR
OCEAN SPRINGS, MS  39564                                       ☐ Contingent
                                                              ☐ Unliquidated
**Date or dates debt was incurred**                            ☐ Disputed

VARIOUS                                                        **Basis for the claim:**
                                                              TRADE PAYABLE
**Last 4 digits of account number:**
                                                              **Is the claim subject to offset?**
                                                              ☒ No
                                                              ☐ Yes

**3.67**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,698.00
CME DRUG SCREENS                                               *Check all that apply.*
12004 MOBILE AVE
GULFPORT, MS  39503                                            ☐ Contingent
                                                              ☐ Unliquidated
**Date or dates debt was incurred**                            ☐ Disputed

VARIOUS                                                        **Basis for the claim:**
                                                              TRADE PAYABLE
**Last 4 digits of account number:**
                                                              **Is the claim subject to offset?**
                                                              ☒ No
                                                              ☐ Yes

**3.68**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $100.00
COAST LAWN SERVICE                                             *Check all that apply.*
16080 KAILA COURT
GULFPORT, MS  39503                                            ☐ Contingent
                                                              ☐ Unliquidated
**Date or dates debt was incurred**                            ☐ Disputed

VARIOUS                                                        **Basis for the claim:**
                                                              TRADE PAYABLE
**Last 4 digits of account number:**
                                                              **Is the claim subject to offset?**
                                                              ☒ No
                                                              ☐ Yes

**3.69**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $11,567.14
COBURN SUPPLY COMPANY, INC                                     *Check all that apply.*
PO BOX 669259
DALLAS, TX  75266                                              ☐ Contingent
                                                              ☐ Unliquidated
**Date or dates debt was incurred**                            ☐ Disputed

VARIOUS                                                        **Basis for the claim:**
                                                              TRADE PAYABLE
**Last 4 digits of account number:**
                                                              **Is the claim subject to offset?**
                                                              ☒ No
                                                              ☐ Yes

**3.70**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,544.98
COCA-COLA CONSOLIDATED, INC                                    *Check all that apply.*
PO BOX 602937
CHARLOTTE, NC  28260                                           ☐ Contingent
                                                              ☐ Unliquidated
**Date or dates debt was incurred**                            ☐ Disputed

VARIOUS                                                        **Basis for the claim:**
                                                              TRADE PAYABLE
**Last 4 digits of account number:**
                                                              **Is the claim subject to offset?**
                                                              ☒ No
                                                              ☐ Yes

| Debtor | Channel Control Merchants, LLC | Case number (if known) | 24-12310 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.71** 

**Nonpriority creditor's name and mailing address**

COCA-COLA SOUTHWEST BEVERAGES LLC
TWO LINCOLN CENTRE
5420 LBJ FREEWAY SUITE 800
DALLAS, TX  75240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,573.71

---

**3.72**

**Nonpriority creditor's name and mailing address**

COCA-COLA UNITED
P.O. BOX 105637
ATLANTA, GA  30348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,616.06

---

**3.73**

**Nonpriority creditor's name and mailing address**

COMFORT SYSTEMS USA MIDSOUTH
P. O. BOX 1966
MONTGOMERY, AL  36104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,077.00

---

**3.74**

**Nonpriority creditor's name and mailing address**

COMFORT SYSTEMS USA SOUTHEAST
3835 GORDON JOHN DRIVE
MOBILE, AL  36693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,889.25

---

**3.75**

**Nonpriority creditor's name and mailing address**

COMMERCIAL AIR SOLUTIONS
PO BOX 23564
CHATTANOOGA, TN  37422

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,098.68

Debtor   Channel Control Merchants, LLC                                  Case number (if known) 24-12310
         (Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address**<br>COMPACTOR RENTALS OF AMERICA, LLC<br>75 REMITTANCE DRIVE, DEPT 6790<br>CHICAGO, IL  60675<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,637.20 |
| **3.77** | **Nonpriority creditor's name and mailing address**<br>COMPUTER LIQUIDATIONS LTD<br>2265 NW 62ND DRIVE<br>BOCA RATON, FL  33496<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,562.00 |
| **3.78** | **Nonpriority creditor's name and mailing address**<br>CONCORD USA LLC<br>509 2ND AVE SOUTH<br>HOPKINS, MN  55343<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $233,318.00 |
| **3.79** | **Nonpriority creditor's name and mailing address**<br>CONCUR TECHNOLOGIES, INC.<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,530.98 |
| **3.80** | **Nonpriority creditor's name and mailing address**<br>COOLEY TRANSPORT, INC<br>3637 PEPPERTOWN ROAD<br>FULTON, MS  38843<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,403.70 |

Debtor    Channel Control Merchants, LLC        Case number (if known)    24-12310
            (Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,970.86

CORINTH COCA-COLA BOTTLING WORKS
PO BOX 239
CORINTH, MS  38835

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $290,452.64

CORPORATE BILLING, LLC
ATTN: RECEIVABLES RECEIVABLES
PO BOX 830604 DEPT 100
BIRMINGHAM, AL  35283

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,600.00

CORRIGO INCORPORATED
DEPT 0439
P.O. BOX 120439
DALLAS, TX  75312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,920.00

COWAN TRANSPORT HOLDINGS, LLC
4555 HOLLINS FERRY ROAD
BALTIMORE, MD  21227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,660.37

CRAWFORD ELECTRIC SUPPLY CO.INC.
P.O. BOX 847160
DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Channel Control Merchants, LLC | Case number (if known) | 24-12310 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $171.20

CRYSTAL SPRINGS WATER OF MS
P.O. BOX 2459
NEW ALBANY, MS  38652

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $154,187.54

CSS INC.
ATTN: ALAN COLE
35 LOVE LANE
NETCONG, NJ  07857

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,445.76

CT CORPORATION
PO BOX 4349
CAROL STREAM, IL  60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

CYNTHIA A. COLLINS
C/O LAW OFFICE OF PHILIP E MILES LLC
ATTN: PHILIP E MILES, ESQ
309 BROAD ST
GADSEN, AL  35901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $285.40

DAILEY LLP
218 W FRONT ST.
MEDIA, PA  19063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
           (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,250.00
DANIEL G KAMIN MCCOMB LLC
PO BOX 10234
PITTSBURGH, PA  15232

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,240.00
DANYA B
10065 VIA DE LA AMISTAD
SUITE A24
SAN DIEGO, CA  92154

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,600.19
DE LAGE LANDEN FINANCIAL SERVICES, INC
PO BOX 825736
PHILADELPHIA, PA  19182

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,541.40
DEALS WHOLESALE CORP
2043 83RD STREET
NORTH BERGEN, NJ  07047

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,038.43
DEMOPOLIS TOWNE CENTER LLC
C/O REAL ESTATE SOUTHEAST, LLC
PO BOX 681955
PRATTVILLE, AL  36068

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Channel Control Merchants, LLC
          _____                Case number (if known) 24-12310
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|---|---|---|

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $208,109.00
| | DICK'S SPORTING GOODS, INC. | *Check all that apply.* |
| | 345 COURT ST | ☐ Contingent |
| | CORAOPOLIS, PA  15108 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | TRADE PAYABLE |
| | **Last 4 digits of account number:** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,000.00
| | DILLARD TRULOVE TRUST B | *Check all that apply.* |
| | C/O COLEMAN REALTY & INVESTMEN | ☐ Contingent |
| | P.O. BOX 9306 | ☐ Unliquidated |
| | COLUMBUS, MS  39705 | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | TRADE PAYABLE |
| | **Last 4 digits of account number:** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $950.00
| | DIVERSIFIRE INC OF WEST MONROE | *Check all that apply.* |
| | 1433 NATCHITOCHES STREET | ☐ Contingent |
| | WEST MONROE, LA  71292 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | TRADE PAYABLE |
| | **Last 4 digits of account number:** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,946.16
| | DIXIE HEATING AND AIR LLC | *Check all that apply.* |
| | 80 JAKE JOHNSON RD | ☐ Contingent |
| | PURVIS, MS  39475 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | TRADE PAYABLE |
| | **Last 4 digits of account number:** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,611.60
| | DOOR CONTROL SERVICES | *Check all that apply.* |
| | A DH PACE COMPANY INC | ☐ Contingent |
| | PO BOX 220 DEPT 251 | ☐ Unliquidated |
| | BETTENDORF, IA  52722 | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | VARIOUS | **Basis for the claim:** |
| | | TRADE PAYABLE |
| | **Last 4 digits of account number:** | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

Debtor    Channel Control Merchants, LLC                                           Case number (if known) 24-12310
            (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|---|---|---|

**3.101** **Nonpriority creditor's name and mailing address**

DORMIFY, INC.
288 5TH. AVENUE, 11TH. FLOOR
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$477.43

---

**3.102** **Nonpriority creditor's name and mailing address**

DOYLE SECURITY SERVICES, INC
371 MERRICK RD, STE 301
ROCKVILLE CENTRE, NY  11570

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,228.75

---

**3.103** **Nonpriority creditor's name and mailing address**

DUNN'S HEATING & COOLING, LLC
2786 PELHAM ROAD S
ANNISTON, AL  36206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$678.80

---

**3.104** **Nonpriority creditor's name and mailing address**

ELAN PARTNERS
4901 LBJ FRWY, SUITE 100
DALLAS, TX  75244

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

**3.105** **Nonpriority creditor's name and mailing address**

ELECTRONIC PROTECTION SYSTEMS
1817-A BERTRAND DRIVE
LAFAYETTE, LA  70506

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$112.00

---

Debtor   Channel Control Merchants, LLC                                        Case number (if known)   24-12310
_____
         (Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,600.00
Check all that apply.

ELI ERLICH
1280 INDUSTRIAL BLVD
SOUTHAMPTON, PA  18966

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,750.00
Check all that apply.

ELIRE INC
920 2ND AVE SOUTH
SUITE 750
MINNEAPOLIS, MN  55402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $289.02
Check all that apply.

EMPIRE LOCK
P.O. BOX 1436
WHITE HOUSE, TN  37188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,788.88
Check all that apply.

ENDOM WELDING & TRAILER REPAIR
P. O. BOX 10
ELLISVILLE, MS  39437

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $335,007.50
Check all that apply.

ERNST & YOUNG US LLP
PO BOX 933514
ATLANTA, GA  31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,112.20

EUROPEAN FASHION BRANDS LLC
49 CENTURY RIDGE ROAD
PURCHASE, NY  10577

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,132.21

EVERON, LLC
PO BOX 219044
KANSAS CITY, MO  64121

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $251.02

EXELL WATER & COFFEE, INC.
P.O. BOX 5393
JACKSON, MS  39296

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44,630.79

EXPRESS EMPLOYMENT PROFESSIONALS
PO BOX 203901
DALLAS, TX  75320

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,329.05

FERRELLGAS, LP
ATTN: LISA PARKER
PO BOX 173940
DENVER, CO  80217

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Channel Control Merchants, LLC                        Case number (if known)    24-12310
           (Name)

| Part 2: | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,802.28
| FIRE TECH SYSTEMS, INC | *Check all that apply.* |
| 721 N. ASHLEY RIDGE LOOP | ☐ Contingent |
| SHREVEPORT, LA  71106 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $360.00
| FIRETROL PROTECTION SYSTEMS | *Check all that apply.* |
| 4480 HALLS MILL RD. SUITE B | ☐ Contingent |
| MOBILE, AL  36693 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $101,560.21
| FIXTURE ZONE, INC. | *Check all that apply.* |
| 251 E. UNIVERSITY DRIVE | ☐ Contingent |
| PHOENIX, AZ  85004 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,129.23
| FORREST COUNTY TAX COLLECTOR | *Check all that apply.* |
| P.O. BOX 1689 | ☐ Contingent |
| HATTIESBURG, MS  39403 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,163.00
| FORT OGLETHORPE RETAIL I LLC | *Check all that apply.* |
| 1810 WATER PLACE | ☐ Contingent |
| SUITE 220 | ☐ Unliquidated |
| ATLANTA, GA  30339 | ☐ Disputed |
| **Date or dates debt was incurred** | |
| VARIOUS | **Basis for the claim:** |
| | TRADE PAYABLE |
| **Last 4 digits of account number:** | |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

Debtor   Channel Control Merchants, LLC                                    Case number (if known)   24-12310
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|----------------:|

**3.121**

**Nonpriority creditor's name and mailing address**

FUNAI SERVICE CORPORATION
2950 TOY RD
GROVEPORT, OH  43125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,354.74

---

**3.122**

**Nonpriority creditor's name and mailing address**

FV RECYCLING LLC
6184 HIGHWAY 98 W
SUITE 210
HATTIESBURG, MS  39402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,235.51

---

**3.123**

**Nonpriority creditor's name and mailing address**

GERALD P. HOOD
3677 HWY 44
COLUMBIA, MS  39429

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

**3.124**

**Nonpriority creditor's name and mailing address**

GIBBS DEVELOPMENT, LLC
2286-3 WEDNESDAY STREET
TALLAHASSEE, FL  32308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,014.46

---

**3.125**

**Nonpriority creditor's name and mailing address**

GILKEY ELECTRIC SUPPLY CO INC.
P.O. BOX 17287
HATTIESBURG, MS  39404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.37

---

Debtor   Channel Control Merchants, LLC
         (Name)

Case number (if known)   24-12310

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,647.05
GILLILAND ELECTRONICS SUPPLY CO., INC.
P. O. BOX 2052
HATTIESBURG, MS  39403

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.00
GOPUFF
537 N 3RD STREET
PHILADELPHIA, PA  19123

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,009.66
GRAINGER
DEPT 851194506
PO BOX 419267
KANSAS CITY, MO  64141

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,111.00
GREAT LAKES WHOLESALE GROUP, JMK, IIT
16410 S JOHN LANE CROSSING, UNIT 400
LOCKPORT, IL  60441

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $634.71
GREATAMERICA FINANCIAL SVCS.
PO BOX 660831
DALLAS, TX  75266

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 27 of 73

Debtor      Channel Control Merchants, LLC                                              Case number (if known)      24-12310

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|
| | | |

3.131   **Nonpriority creditor's name and mailing address**                                  As of the petition filing date, the claim is:                     $41,278.25

GREENBERG TRAURIG, P.A.                                                  *Check all that apply.*
8400 NW 36TH ST, STE 400
DORAL, FL  33166                                                         ☐ Contingent
                                                                        ☐ Unliquidated
**Date or dates debt was incurred**                                      ☐ Disputed

VARIOUS                                                                  **Basis for the claim:**
                                                                        TRADE PAYABLE
**Last 4 digits of account number:**
                                                                        **Is the claim subject to offset?**
                                                                        ☒ No
                                                                        ☐ Yes

3.132   **Nonpriority creditor's name and mailing address**                                  As of the petition filing date, the claim is:                     $2,661.02

GREENWOOD WEST LLC                                                       *Check all that apply.*
PO BOX 9909
GREENWOOD, MS  38930                                                     ☐ Contingent
                                                                        ☐ Unliquidated
**Date or dates debt was incurred**                                      ☐ Disputed

VARIOUS                                                                  **Basis for the claim:**
                                                                        TRADE PAYABLE
**Last 4 digits of account number:**
                                                                        **Is the claim subject to offset?**
                                                                        ☒ No
                                                                        ☐ Yes

3.133   **Nonpriority creditor's name and mailing address**                                  As of the petition filing date, the claim is:                     $193.00

GUARDIAN LOCK AND KEY                                                    *Check all that apply.*
721 RED BUD ROAD
COLUMBUS, MS  39701                                                      ☐ Contingent
                                                                        ☐ Unliquidated
**Date or dates debt was incurred**                                      ☐ Disputed

VARIOUS                                                                  **Basis for the claim:**
                                                                        TRADE PAYABLE
**Last 4 digits of account number:**
                                                                        **Is the claim subject to offset?**
                                                                        ☒ No
                                                                        ☐ Yes

3.134   **Nonpriority creditor's name and mailing address**                                  As of the petition filing date, the claim is:                     $24,926.20

GULF COAST SHELTER INC.                                                  *Check all that apply.*
PO BOX 734401
DALLAS, TX  75373                                                        ☐ Contingent
                                                                        ☐ Unliquidated
**Date or dates debt was incurred**                                      ☐ Disputed

VARIOUS                                                                  **Basis for the claim:**
                                                                        TRADE PAYABLE
**Last 4 digits of account number:**
                                                                        **Is the claim subject to offset?**
                                                                        ☒ No
                                                                        ☐ Yes

3.135   **Nonpriority creditor's name and mailing address**                                  As of the petition filing date, the claim is:                     $21,026.46

GULFPORT ORANGE GROVE ASSOCIATES, LTD.                                   *Check all that apply.*
GJ PROPERTY GROUP MANAGEMENT
2361 NOSTRAND AVE, SUITE 602                                             ☐ Contingent
BROOKLYN, NY  11210                                                      ☐ Unliquidated
                                                                        ☐ Disputed
**Date or dates debt was incurred**
                                                                        **Basis for the claim:**
VARIOUS                                                                  TRADE PAYABLE

**Last 4 digits of account number:**                                     **Is the claim subject to offset?**
                                                                        ☒ No
                                                                        ☐ Yes

Debtor    Channel Control Merchants, LLC
          (Name)

Case number (if known)    24-12310

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $310.68 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

GULFTECH FIRE & SECURITY, INC
PO BOX 1020
DEFUNIAK SPRINGS, FL  32435

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$310.68

---

3.137

**Nonpriority creditor's name and mailing address**

HAAS OUTDOORS, INC
26420 EAST MAIN STREET
WEST POINT, MS  39773

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$332.93

---

3.138

**Nonpriority creditor's name and mailing address**

HARMER FINANCIAL SOLUTIONS, INC.
150 SOUTH WACKER DRIVE, STE 2700
CHICAGO, IL  60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,106.82

---

3.139

**Nonpriority creditor's name and mailing address**

HARRELL PROPERTY MANAGEMENT
5700 CR 301
TIPLERSVILLE, MS  38674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.25

---

3.140

**Nonpriority creditor's name and mailing address**

HEATING AND COOLING SYSTEMS OF ARKANSAS LLC
2916 OLD MILITARY RD
JACKSONVILLE, AR  72076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,080.50

---

| Debtor | Channel Control Merchants, LLC | Case number (if known) | 24-12310 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.141**

**Nonpriority creditor's name and mailing address**

HEIDELBERG STEINBERGER, P.A.
711 DELMAS AVE
PASCAGOULA, MS  39568

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,656.81

---

**3.142**

**Nonpriority creditor's name and mailing address**

HIGH TIDE PLUMBING, LLC
14188 BIG CREEK ROAD
GULFPORT, MS  39503

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,317.02

---

**3.143**

**Nonpriority creditor's name and mailing address**

HILCO
5 REVERE DR, STE 206
NORTHBROOK, IL  60062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$243,051.74

---

**3.144**

**Nonpriority creditor's name and mailing address**

HILCO MERCHANT RESOURCES LLC
5 REVERE DR, STE 206
NORTHBROOK, IL  60062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$267,661.97

---

**3.145**

**Nonpriority creditor's name and mailing address**

HOME DEPOT
2455 PACES FERRY RD
ATLANTA, GA  30339-4024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,967.63

---

Debtor    Channel Control Merchants, LLC
_____    Case number (if known) 24-12310
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,692.00 |
| --- | --- | --- | --- |

3.146
**Nonpriority creditor's name and mailing address**

HOME WEAVERS INC
23 ROOSEVELT AVE, SUITE 14
SOMERSET, NJ  08873

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,692.00

---

3.147
**Nonpriority creditor's name and mailing address**

HOMEWOOD PROPERTY, LLC
P.O. BOX 531247
BIRMINGHAM, AL  35253

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,778.72

---

3.148
**Nonpriority creditor's name and mailing address**

HORNSBYS AUTO PARTS & TOOLS LLC
140 MCCARROLL ROAD
SEMINARY, MS  39479

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,960.37

---

3.149
**Nonpriority creditor's name and mailing address**

HOWARD & HOWARD
P.O. BOX 95234
CHICAGO, IL  60694

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,352.50

---

3.150
**Nonpriority creditor's name and mailing address**

HSL VENTURES, INC.
30700 RUSSELL RANCH ROAD, SUITE 250
WESTLAKE VILLAGE, CA  91362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.23

Debtor     Channel Control Merchants, LLC                                    Case number (if known)   24-12310
           (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,655.00

HUDSPETH PROPERTIES, LLC
1732 SOUTH CHURCH AVE
LOUISVILLE, MS  39339

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,274.34

HUGG AND HALL EQUIPMENT COMPANY
PO BOX 194110
LITTLE ROCK, AR  72219

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,633.32

HYPER MICROSYSTEMS, INC.
900 CARNEGLE STREET
ROLLING MDWS, IL  60008

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,664.30

IDEALEASE SERVICES INC
PO BOX 74759
CHICAGO, IL  60694

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,504.50

ILC TRADERS INC
5009 BLUEBELL AVE
VALLEY VILLAGE, CA  91607

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.156**    **Nonpriority creditor's name and mailing address**

INDEED, INC.
177 BROAD STREET
STAMFORD, CT  06901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,150.00

---

**3.157**    **Nonpriority creditor's name and mailing address**

INDUSTRIAL COMMERCIAL FIRE PROTECTION, INC.
P.O. BOX 8831
COLUMBUS, MS  39705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,064.15

---

**3.158**    **Nonpriority creditor's name and mailing address**

INFOBEANS CLOUDTECH LIMITED
525, 5TH FL RAFAEL TOWER, 8/2
MADHYA PRADESH  452018
INDIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,480.00

---

**3.159**    **Nonpriority creditor's name and mailing address**

INMAR SUPPLY CHAIN SOLUTIONS, LLC
6149 FULTON INDUSTRIAL BLVD
ATLANTA, GA  30336

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$198,000.33

---

**3.160**    **Nonpriority creditor's name and mailing address**

INSIGHT GROUP
731 SOUTH PEAR ORCHARD RD
SUITE 6
RIDGELAND, MS  39157

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,093.42

---

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
           (Name)

| Part 2: | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,967.50
Check all that apply.

INTERNATIONAL LIQUIDATION, INC
PO BOX 92005
AUSTIN, TX  78709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,710.00
Check all that apply.

INTERNATIONAL PURCHASE SYSTEMS, INC
534 FURNACE DOCK ROAD
CORTLANDT MANOR, NY  10567

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,641.67
Check all that apply.

INTERSTATE AC SERVICE, LLC
1877 AIR LANE DRIVE
NASHVILLE, TN  37210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,283.02
Check all that apply.

JACKSON TRUCK & TRAILER REPAIR, INC.
583 HWY 80 EAST
PEARL, MS  39208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $185.00
Check all that apply.

JACKSON, TULLOS & ROGERS, PLLC
P.O. BOX 15517
HATTIESBURG, MS  39404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Channel Control Merchants, LLC                                    Case number (if known)   24-12310
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|---|

**3.166** | **Nonpriority creditor's name and mailing address**
JANI-KING OF SE MISSISSIPPI
122 WEST PINE STREET
PONCHATOULA, LA  70454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,173.41

---

**3.167** | **Nonpriority creditor's name and mailing address**
JAZZY JOHNZ
PO BOX 3656
GULFPORT, MS  39505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,605.00

---

**3.168** | **Nonpriority creditor's name and mailing address**
JET SALES SOLUTIONS LLC
8930 WESTERN WAY SUITE 7
JACKSONVILLE, FL  32256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,880.84

---

**3.169** | **Nonpriority creditor's name and mailing address**
JMH GRAPHICS
223 S 40TH AVE
HATTIESBURG, MS  39402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,922.71

---

**3.170** | **Nonpriority creditor's name and mailing address**
JOHN WAYNE PLUMBING
608 41ST STREET
TUSCALOOSA, AL  35405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$386.25

---

| Debtor | Channel Control Merchants, LLC | Case number (if known) | 24-12310 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.171** **Nonpriority creditor's name and mailing address**

JONES TRANSPORT LLC
6184 HWY 98 W SUITE 210
HATTIESBURG, MS  39402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,645.00

---

**3.172** **Nonpriority creditor's name and mailing address**

JT RAY COMPANY, INC.
4127 HELTON DRIVE
FLORENCE, AL  35631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$92.82

---

**3.173** **Nonpriority creditor's name and mailing address**

JUVO TECHNOLOGIES, LLC
P O BOX 1937
HATTIESBURG, MS  39403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,058.72

---

**3.174** **Nonpriority creditor's name and mailing address**

KELLY PLUMBING INC.
809 N. 8TH STREET
MONROE, LA  71201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$238.53

---

**3.175** **Nonpriority creditor's name and mailing address**

KEN NICHOLS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,804.56

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 36 of 73

Debtor    Channel Control Merchants, LLC                                Case number (if known)    24-12310
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $216,750.06

KENCO LABEL & TAG CO. LLC
ATTN: LAURENCE WAXMAN
6543 N. SIDNEY PLACE
MILWAUKEE, WI  53209

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $229.89

KENTWOOD SPRINGS WATER
3214 HOWARD AVE
NEW ORLEANS, LA  70113

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,360.00

LA3 CENTERS, LP
701 NORTH POST OAK STE 210
HOUSTON, TX  77024

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,275.00

LAMAR COMPANIES
P.O. BOX 746966
ATLANTA, GA  30374

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $354.49

LANES AC AND HEATING SERVICES LLC
6958 WEST PARK AVE
HOUMA, LA  70360

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.181**  **Nonpriority creditor's name and mailing address**

LEAF CAPITAL FUNDING
PO BOX 5066
HARTFORD, CT  06102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,120.32

---

**3.182**  **Nonpriority creditor's name and mailing address**

LEWISBURG COMMONS, LLC
C/O FRONTIER MANAGEMENT, LLC
PO BOX 1509
COLLIERVILLE, TN  38027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,641.83

---

**3.183**  **Nonpriority creditor's name and mailing address**

LIFT TRUCK SERVICE CENTER, INC
12829 INTERSTATE 30
LITTLE ROCK, AR  72209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$480.50

---

**3.184**  **Nonpriority creditor's name and mailing address**

LOAR SERVICE COMPANY INC
PO BOX 7155
TUPELO, MS  38802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,783.14

---

**3.185**  **Nonpriority creditor's name and mailing address**

LOCKE EXTERMINATING
219 HWY 42 SUITE 10
PETAL, MS  39465

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,114.60

---

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

**3.186** **Nonpriority creditor's name and mailing address**

LOOMIS ARMORED US, LLC
2500 CITY WEST BLVD STE 900
HOUSTON, TX  77042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,569.90

---

**3.187** **Nonpriority creditor's name and mailing address**

LOUIE MUNN SERVICES LLC
PO BOX 1157
PETAL, MS  39465

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

**3.188** **Nonpriority creditor's name and mailing address**

LOUIS WIENER
C/O REAL ESTATE SOUTHEAST LLC
P.O. BOX 681955
PRATTVILLE, AL  36068

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,213.82

---

**3.189** **Nonpriority creditor's name and mailing address**

LOWE'S
P.O. BOX 530954
ATLANTA, GA  30353-0954

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$481,519.41

---

**3.190** **Nonpriority creditor's name and mailing address**

LP DISTRIBUTORS
601 N CONGRESS AVENUE, STE 106
DELRAY BEACH, FL  33445

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$577.16

---

Debtor   Channel Control Merchants, LLC

(Name)

Case number (if known) 24-12310

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>MACY'S-BLOOMINGDALES<br>301 GOVERNORS HIGHWAY<br>SOUTH WINDSOR, CT  06074<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $1,153,715.74 |
|  | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>MAMMAW MS LLC<br>820 HWY 35 N<br>FOREST, MS  39074<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $10,533.75 |
|  | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
| 3.193 | **Nonpriority creditor's name and mailing address**<br><br>MARINER LOGISTICS, LLC<br>PO BOX 11<br>CLINTON, MS  39060<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $24,403.00 |
|  | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
| 3.194 | **Nonpriority creditor's name and mailing address**<br><br>MARTY'S LOCK AND SECURITY CO INC<br>2612 W THOMAS STREET<br>HAMMOND, LA  70401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $255.00 |
|  | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
| 3.195 | **Nonpriority creditor's name and mailing address**<br><br>MASUDA, FUNAI, EIFERT & MITCHELL, LTD<br>200 N. MARINGALE RD<br>SUITE 800<br>SCHAUMBURG, IL  60173<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $3,380.00 |
|  | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

Debtor    Channel Control Merchants, LLC                                    Case number (if known)  24-12310
          (Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,653.68

MAYFIELD HEAT & AIR CONDITIONING CO LLC
PO BOX 1318
PETAL, MS  39465

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,887.22

MEDICAL ANALYSIS LLC
P.O. BOX 4399
BILOXI, MS  39535

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.02

MERCHSOURCE, LLC
7755 IRVINE CENTER DRIVE, SUITE 100
IRVINE, CA  92618

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,040.00

MERCURY PLAZA GP
C/O J-MAR PROPERTIES ACCOUNTING
1937 MT. VICTOR LANE
BOWLING GREEN, KY  42103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,682.41

MERIDIAN COCA-COLA BOTTLING COMPANY
P.O. BOX 5207
MERIDIAN, MS  39302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Channel Control Merchants, LLC
_____    Case number (if known) 24-12310
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,112.00

MID-SOUTH FIRE SOLUTIONS
669 AERO DRIVE
SHREVEPORT, LA  71107

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $756,957.30

MINGLEWOOD PROPERTIES LTD
PO BOX 1806
MARSHALL, TX  75671

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,940.26

MISSISSIPPI FILTERS
PO BOX 373
HERNANDO, MS  38632

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $749.00

MISSISSIPPI SAFE AND LOCK, INC.
1202 SPRINGRIDGE ROAD
CLINTON, MS  39056

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $671.15

MODERN PLUMBING CO INC
PO BOX 7587
PASADENA, TX  77508

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Channel Control Merchants, LLC
            (Name)

Case number (if known)   24-12310

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000.00

MONROE RETAIL GROUP, LLC
C/O WELLS FARGO BANK
ATTN: TODD ROUTH
PO BOX 260173
DALLAS, TX  75326

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,460.47

MOOD MEDIA
P.O.BOX 71070
CHARLOTTE, NC  28272

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,046.00

MOORE AIR & HEAT, LLC
52253 PULS COURT
INDEPENDENCE, LA  70443

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,600.00

MOSAIC BATH & HOME LLC
347 5TH AVENUE SUITE 201
NEW YORK, NY  10016

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $295.21

MR ROOTER OF GREATER WAYNESBORO
248A TURNER ST
WAYNESBORO, MS  39367

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Channel Control Merchants, LLC
          (Name)

Case number (if known)    24-12310

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.211**    **Nonpriority creditor's name and mailing address**

MR ROOTER PLUMBING - TUPELO
1020 NORTH GLOSTER ST PBM 235
TUPELO, MS  38804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$630.59

---

**3.212**    **Nonpriority creditor's name and mailing address**

MR SIPPI BEVERAGES
PO BOX 16492
HATTIESBURG, MS  39404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$783.29

---

**3.213**    **Nonpriority creditor's name and mailing address**

MS EQUITIES LLC
PO BOX 306385
NASHVILLE, TN  37230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,524.68

---

**3.214**    **Nonpriority creditor's name and mailing address**

MYSTIC, LLC
PO BOX 100
PLATTENVILLE, LA  70393

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,166.66

---

**3.215**    **Nonpriority creditor's name and mailing address**

NATIONAL FILTER SOLUTIONS, INC.
4481 PLEASANT HILL, SUITE 102
MEMPHIS, TN  38118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,596.59

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 44 of 73

Debtor   Channel Control Merchants, LLC
_____
(Name)

Case number (if known) 24-12310

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,154.28

NATURAL STATE WHOLESALE
P.O. BOX 1173
CABOT, AR  72023

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,263.50

NAVIGANT LAW GROUP, LLC
3030 WEST SALT CREEK LANE
SUITE 330
ARLINGTON HEIGHTS, IL  60005

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,103.81

NEXAIR
PO BOX 125
MEMPHIS, TN  38101

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $655,788.94

NORDSTROM, INC.
1700 7TH AVENUE
SEATTLE, WA  98101

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $61,666.11

NORTH STAR FLOORING
6303 ALLENTOWN BLVD
HARRISBURG, PA  17112

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Channel Control Merchants, LLC   Case number (if known) 24-12310
(Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.221**

**Nonpriority creditor's name and mailing address**

NORTH TEXAS TOLLWAY AUTHORITY
PO BOX 660244
DALLAS, TX  75266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$584.44

---

**3.222**

**Nonpriority creditor's name and mailing address**

NOVATECH
PO BOX 740865
ATLANTA, GA  30374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$259.80

---

**3.223**

**Nonpriority creditor's name and mailing address**

OMNIVEILLANCE
4201 VIENNA DR
PILOT HILL, CA  95664

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,763.02

---

**3.224**

**Nonpriority creditor's name and mailing address**

ON PARTNERS
102 FIRST STREET, SUITE 201
HUDSON, OH  44236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$96,350.00

---

**3.225**

**Nonpriority creditor's name and mailing address**

ON-CALL TECHNOLOGY SOLUTIONS
ATTN: ON-CALL TECHNOLOGY SOLUTIONS
4100 YONGE ST, SUITE 504
TORONTO, ON  M2P 2G2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,370.50

---

Debtor    Channel Control Merchants, LLC

(Name)

Case number (if known) 24-12310

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.226**

**Nonpriority creditor's name and mailing address**

ONCORE PRODUCTS LLC
17 PALMER AVENUE
WEST LONG BRANCH, NJ  07764

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,851.80

---

**3.227**

**Nonpriority creditor's name and mailing address**

ONE STEP UP, LTD
1412 BROADWAY, 3RD FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,664.10

---

**3.228**

**Nonpriority creditor's name and mailing address**

ORACLE AMERICA, INC.
P.O. BOX 203448
DALLAS, TX  75320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,471.12

---

**3.229**

**Nonpriority creditor's name and mailing address**

OTR CAPITAL, LLC
PO BOX 1175760
ATLANTA, GA  30368

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,655.00

---

**3.230**

**Nonpriority creditor's name and mailing address**

PABANI BROTHERS LLC
15 CHENAL DOWNS BLVD
LITTLE ROCK, AR  72223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,918.17

---

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
           (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.231** | **Nonpriority creditor's name and mailing address**

PARASOL PROPERTY MANAGEMENT
1000 E CESAR CHAVEZ ST
AUSTIN, TX  78702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,204.00

---

**3.232** | **Nonpriority creditor's name and mailing address**

PASCHAL AIR, PLUMBING & ELECTRIC
280 N. MAESTRI ROAD
SPRINGDALE, AR  72762

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$524.82

---

**3.233** | **Nonpriority creditor's name and mailing address**

PEAK TECHNOLOGIES, INC.
2555 MARCONI DRIVE
SUITE 100
ALPHARETTA, GA  30005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,569.30

---

**3.234** | **Nonpriority creditor's name and mailing address**

PEARL MARKETPLACE, LLC
110 N. JERRY CLOWER BLVD, SUITE W
YAZOO CITY, MS  39194

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,906.25

---

**3.235** | **Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING CO. L.P.
P. O. BOX 802577
CHICAGO, IL  60680

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,930.90

---

Debtor   Channel Control Merchants, LLC                          Case number (if known)  24-12310
         (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,250.00
Check all that apply.

PHILLIPS DISTRIBUTORS, INC.
8501 AIRPORT BLVD
MOBILE, AL  36608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,027.00
Check all that apply.

PHOENIX OF ANDERSON
P.O. BOX 130
WILLIAMSTON, SC  29697

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $101,407.25
Check all that apply.

PILOT TRAVEL CENTERS LLC
5508 LONAS DRIVE
KNOXVILLE, TN  37909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,925.09
Check all that apply.

PINE BELT INDUSTRIAL SUPPLY
P.O. BOX 1309
GADSDEN, AL  35902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,850.13
Check all that apply.

PINE TREE PLAZA, LLC
109 NORTHPARK BOULEVARD
SUITE 300
COVINGTON, LA  70433

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.241** **Nonpriority creditor's name and mailing address**

PITNEY BOWES
PO BOX 981026
BOSTON, MA  02298

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,082.81

---

**3.242** **Nonpriority creditor's name and mailing address**

PLUMBING MD
P.O. BOX 1386
WALKER, LA  70785

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$365.00

---

**3.243** **Nonpriority creditor's name and mailing address**

POLK MECHANICAL COMPANY, LLC
2425 DILLARD STREET
GRAND PRAIRIE, TX  75051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,172.10

---

**3.244** **Nonpriority creditor's name and mailing address**

PREMIER LED, LLC
PO BOX 18881
HATTIESBURG, MS  39404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,674.41

---

**3.245** **Nonpriority creditor's name and mailing address**

PREMIER PAINT ROLLER COMPANY, LLC
131-11 ATLANTIC AVE.
RICHMOND HILL, NY  11418

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,022.83

Debtor    Channel Control Merchants, LLC                                    Case number (if known)  24-12310
           (Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,534.56 |
| --- | --- | --- | --- |

3.246   **Nonpriority creditor's name and mailing address**

PRESTO INDUSTRIAL TIRE
P. O. BOX 366
WAYNESBORO, MS  39367

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,534.56

---

3.247   **Nonpriority creditor's name and mailing address**

PROMILES SOFTWARE DEVELOPMENT CORP
PO BOX 398
BRIDGE CITY, TX  77611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$320.00

---

3.248   **Nonpriority creditor's name and mailing address**

PWC PRODUCT SALES LLC
4040 W. BOY SCOUT BLVD
TAMPA, FL  33607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,560.90

---

3.249   **Nonpriority creditor's name and mailing address**

PYE-BARKER FIRE & SAFETY, LLC
2500 NORTHWINDS PARKWAY STE 200
ALPHARETTA, GA  30009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$831.86

---

3.250   **Nonpriority creditor's name and mailing address**

R & R SHEET METAL, INC.
25 SUNFLOWER ROAD
FOXWORTH, MS  39483

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,114.75

Debtor    Channel Control Merchants, LLC
          _____    Case number (if known) 24-12310
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

**3.251**  **Nonpriority creditor's name and mailing address**

RAE SECURITY, INC.
8844 N. SAM HOUSTON PARKWAY WEST
SUITE 210
HOUSTON, TX  77064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,464.70

---

**3.252**  **Nonpriority creditor's name and mailing address**

RAINBOW SPRING WATER, INC.
3310 OLD MOBILE AVE
PASCAGOULA, MS  39581

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$154.68

---

**3.253**  **Nonpriority creditor's name and mailing address**

REALVEST LLC
609 ELMWOOD DRIVE
MERIDIAN, MS  39301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,238.99

---

**3.254**  **Nonpriority creditor's name and mailing address**

RENTOKIL NORTH AMERICA, INC
PO BOX 740608
CINCINNATI, OH  45274

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,241.25

---

**3.255**  **Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES
P.O. BOX 78829
PHOENIX, AZ  85062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.76

---

Debtor    Channel Control Merchants, LLC
          _____    Case number (if known) 24-12310
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.256**

**Nonpriority creditor's name and mailing address**

RETAIL PROPERTIES, LLC
PO BOX 947205
ATLANTA, GA  30394

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,318.75

---

**3.257**

**Nonpriority creditor's name and mailing address**

RIDGELAND REALTY JJG, LLC.
C/O NAMDAR REALTY GROUP
PO BOX 368
EMERSON, NJ  07630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,783.52

---

**3.258**

**Nonpriority creditor's name and mailing address**

ROBERT N GRAHAM, LLC
40 DEEP SOUTH LANE
PURVIS, MS  39475

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,948.00

---

**3.259**

**Nonpriority creditor's name and mailing address**

ROMA STREET MANAGEMENT LLC
P.O. BOX 127
HAMMOND, LA  70404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,528.00

---

**3.260**

**Nonpriority creditor's name and mailing address**

ROMAN LANDSCAPING SERVICE
18 PAGE DRIVE
MOSELLE, MS  39459

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,300.50

---

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.261**  **Nonpriority creditor's name and mailing address**

ROSS FAMILY TRUCKING, LLC
39-B PUMPING STATION RD
PETAL, MS  39465

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,100.00

---

**3.262**  **Nonpriority creditor's name and mailing address**

ROTO ROOTER-ABITA SPRINGS
70161 HIGHWAY 59, SUITE B
ABITA SPRINGS, LA  70420

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,494.34

---

**3.263**  **Nonpriority creditor's name and mailing address**

ROTO-ROOTER
PO BOX 669
MARION, MS  39342

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$192.60

---

**3.264**  **Nonpriority creditor's name and mailing address**

ROTO-ROOTER - EXCEL, AL
PO BOX 549
EXCEL, AL  36439

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$525.00

---

**3.265**  **Nonpriority creditor's name and mailing address**

ROTO-ROOTER - GULFPORT
PO BOX 3498
GULFPORT, MS  39505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,364.30

---

Debtor   Channel Control Merchants, LLC                          Case number (if known)   24-12310
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.266**

**Nonpriority creditor's name and mailing address**

ROTO-ROOTER - NASHVILLE
P.O. BOX 293117
NASHVILLE, TN  37229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,229.86

---

**3.267**

**Nonpriority creditor's name and mailing address**

ROTO-ROOTER PLUMBERS - COLUMBIA
PO BOX 1887
COLUMBIA, TN  38402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$444.00

---

**3.268**

**Nonpriority creditor's name and mailing address**

ROTO-ROOTER PLUMBERS - MONROE
PO BOX 13026
MONROE, LA  71213

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,083.81

---

**3.269**

**Nonpriority creditor's name and mailing address**

RYDER TRANSPORTATION SERVICES
P.O. BOX 402366
ATLANTA, GA  30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,196.60

---

**3.270**

**Nonpriority creditor's name and mailing address**

S & M FIRE PROTECTION
290 CLEAR CREEK RD
LUMBERTON, MS  39455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,895.82

---

Debtor    Channel Control Merchants, LLC                          Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|---|---|---|

**3.271**   **Nonpriority creditor's name and mailing address**

SALESFORCE.COM INC
415 MISSION ST, 3RD FLOOR
SAN FRANCISCO, CA  94105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$379,541.91

---

**3.272**   **Nonpriority creditor's name and mailing address**

SCHNEIDER NATIONAL CARRIERS, INC
P. O. BOX 281496
ATLANTA, GA  30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$268,443.46

---

**3.273**   **Nonpriority creditor's name and mailing address**

SCOTT NADBOY SALES INC
107 MANORHAVEN BLVD
PORT WASHINGTON, NY  11050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,396.00

---

**3.274**   **Nonpriority creditor's name and mailing address**

SEABOARD INTERNATIONAL
FOREST PRODUCTS LLC
PO BOX 847235
DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,048.89

---

**3.275**   **Nonpriority creditor's name and mailing address**

SEARCY SQUARE LLC
P.O. BOX 1697
JONESBORO, AR  72403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,646.31

---

Debtor    Channel Control Merchants, LLC                                      Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |

|  | | Amount of claim |

3.276  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $2,177.00
*Check all that apply.*

SECOND STREET OF MADISON, LLC
1000 HIGHLAND COLONY PKWY
SUITE 9004
RIDGELAND, MS  39157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.277  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $439.69
*Check all that apply.*

SECURITAS TECHNOLOGY, INC.
8350 SUNLIGHT DRIVE
FISHERS, IN  46037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.278  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $796.20
*Check all that apply.*

SE-KURE CONTROLS, INC.
3714 RUNGE STREET
FRANKLIN PARK, IL  60131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.279  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $50.00
*Check all that apply.*

SELMER PHOTO ENFORCEMENT PROGRAM PAYMENT
CENTER
PAYMENT CENTER
PO BOX 888538
KNOXVILLE, TN  37995

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.280  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    UNKNOWN
*Check all that apply.*

SETH MARKS
C/O LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTN: CABLE M FROST & BEN WOODHOUSE
1020 HIGHLAND COLONY PKWY, STE 310
RIDGELAND, MS  39157

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Channel Control Merchants, LLC                          Case number (if known)    24-12310

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.281** **Nonpriority creditor's name and mailing address**

SHERMAN BOYLES JR.
P.O. DRAWER 689
WAYNESBORO, MS  39367

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,306.00

---

**3.282** **Nonpriority creditor's name and mailing address**

SHIP ARDENT
PO BOX 850423
UITE 320
MINNEAPOLIS, MN  55485

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,985.00

---

**3.283** **Nonpriority creditor's name and mailing address**

SIGMA SUPPLY OF NORTH AMERICA
ATTN: LISA BARTON
PO BOX 20980
HOT SPRINGS, AR  71903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,708.56

---

**3.284** **Nonpriority creditor's name and mailing address**

SINOMAX USA, INC.
3151 BRIARPARK DRIVE
SUITE 1220
HOUSTON, TX  77042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,563.23

---

**3.285** **Nonpriority creditor's name and mailing address**

SMITH PETROLEUM, INC.
P.O. BOX 15397
HATTIESBURG, MS  39404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,704.37

---

Debtor    Channel Control Merchants, LLC

(Name)

Case number (if known)    24-12310

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.286**

**Nonpriority creditor's name and mailing address**

SMYRNA VILLAGE
551-587 SOUTH LOWERY STREET LLC
C/O WATERSTONE PROPERTIES GROUP INC
117 KENDRICK STREET, SUITE 325
NEEDHAM, MA  02494

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,455.03

**3.287**

**Nonpriority creditor's name and mailing address**

SOHNEN ENTERPRISES, INC.
13225 MARQUARDT AVENUE
SANTA FE SPRINGS, CA  90670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,739.12

**3.288**

**Nonpriority creditor's name and mailing address**

SOUTH MISSISSIPPI BUSINESS MACHINES
OF GULFPORT INC
PO BOX 697
GULFPORT, MS  39502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$142.06

**3.289**

**Nonpriority creditor's name and mailing address**

SOUTHERN DEVELOPMENT OF
REAL ESTATE SOUTHEAST
PO BOX 681955
PRATTVILLE, AL  36068

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,425.00

**3.290**

**Nonpriority creditor's name and mailing address**

SOUTHERN GAS AND SUPPLY OF MS
125 THRUWAY PARK
BROUSSARD, LA  70518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$503.87

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.291** **Nonpriority creditor's name and mailing address**

SOUTHERN ON-SITE
P.O. BOX 16445
HATTIESBURG, MS  39404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,276.00

---

**3.292** **Nonpriority creditor's name and mailing address**

SOUTHERN STATES
UTILITY TRAILER SALES, INC.
P.O. BOX 6257
JACKSON, MS  39288

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,873.60

---

**3.293** **Nonpriority creditor's name and mailing address**

SOUTHERN TIRE MART, LLC
P.O. BOX 1000 DEPT 143
MEMPHIS, TN  38148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,216.58

---

**3.294** **Nonpriority creditor's name and mailing address**

SPECIALTY PRODUCTS, INC.
2325 W CERVANTES ST.
PENSACOLA, FL  32505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

**3.295** **Nonpriority creditor's name and mailing address**

SPILLER LLC
5605 MCFARLAND BLVD
NORTHPORT, AL  35476

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,671.00

Debtor   Channel Control Merchants, LLC                                    Case number (if known)   24-12310
         (Name)

| Part 2: | Additional Page |

|  | | Amount of claim |
|---|---|---|

**3.296** **Nonpriority creditor's name and mailing address**

SPS COMMERCE INC.
333 S SEVENTH ST, STE 1000
MINNEAPOLIS, MN  55402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$375.61

---

**3.297** **Nonpriority creditor's name and mailing address**

STANDVAST FULFILLMENT, LLC
5181 WATSON STREET NW
WASHINGTON, DC  20016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11.12

---

**3.298** **Nonpriority creditor's name and mailing address**

STAPLES #960
DEPT ATL
P.O. BOX 405386
ATLANTA, GA  30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$101,201.88

---

**3.299** **Nonpriority creditor's name and mailing address**

STATIC1 LLC
50 INTERVALE ROAD SUITE 5
BOONTON, NJ  07005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,923.00

---

**3.300** **Nonpriority creditor's name and mailing address**

STEVEN WISCH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
BOARD MEMBER FEES & EXPENSES

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,676.74

---

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
           (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.301**    **Nonpriority creditor's name and mailing address**

SUMMIT FIRE & SECURITY LLC
PO BOX 6783
CAROL STREAM, IL  60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$570.57

---

**3.302**    **Nonpriority creditor's name and mailing address**

SUNBELT RENTALS, INC.
PO BOX 409211
ATLANTA, GA  30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,007.51

---

**3.303**    **Nonpriority creditor's name and mailing address**

SUNSET FOREST PRODUCTS, INC
M/S 93
PO BOX 4000
PORTLAND, OR  97208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$258,829.00

---

**3.304**    **Nonpriority creditor's name and mailing address**

SYNERGY IT SOLUTIONS OF NYS, INC.
ATTN: ACCOUNTS RECEIVABLE DEPARTMENT
DEPT 873-PO BOX 8000
BUFFALO, NY  14267

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$226,558.72

---

**3.305**    **Nonpriority creditor's name and mailing address**

T. HALL ANDALUSIA LLC
4165 ROSS CLARK CIRCLE
DOTHAN, AL  36303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,416.67

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 62 of 73

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
          (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.306** **Nonpriority creditor's name and mailing address**

TALX
4076 PAYSHPERE CIRCLE
CHICAGO, IL  60674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,474.34

---

**3.307** **Nonpriority creditor's name and mailing address**

TANGILENA VILLAGE MANINTENANCE
759 WEST OAK STREET
AMITE, LA  70422

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,050.00

---

**3.308** **Nonpriority creditor's name and mailing address**

TARGET CORP. SALVAGE DEPT.
SDS-12-2372
P.O. BOX 86
MINNEAPOLIS, MN  55486

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,121,032.71

---

**3.309** **Nonpriority creditor's name and mailing address**

TD REFRIGERATION INC
1907 CLAIBORNE AVE
SHREVEPORT, LA  71103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$430.00

---

**3.310** **Nonpriority creditor's name and mailing address**

TECHNICAL PRO INC.
9 KILMER COURT
EDISON, NJ  08817

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,768.40

---

Debtor    Channel Control Merchants, LLC                                      Case number (if known)    24-12310
           (Name)

| Part 2: | Additional Page |

|  | | Amount of claim |
|---|---|---|

**3.311** | **Nonpriority creditor's name and mailing address**

TENNANT SALES AND SERVICE CO.
PO BOX 71414
CHICAGO, IL  60694

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,446.54

---

**3.312** | **Nonpriority creditor's name and mailing address**

THE LILLY COMPANY
ATTN: EDITH GARRETT
P.O. BOX 1000 DEPT 184
MEMPHIS, TN  38148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,487.52

---

**3.313** | **Nonpriority creditor's name and mailing address**

THE MAZEL COMPANY
P.O. BOX 691027
CINCINNATI, OH  45269

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,300.00

---

**3.314** | **Nonpriority creditor's name and mailing address**

THE RECON GROUP LLC
20200 W. DIXIE HWY, SUITE 1005
AVENTURA, FL  33180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$847,621.67

---

**3.315** | **Nonpriority creditor's name and mailing address**

THE SHERWIN-WILLIAMS CO.
P.O. BOX 743885
ATLANTA, GA  30374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,597.61

---

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310
                (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.316**  **Nonpriority creditor's name and mailing address**

THINKLP CANADA INC.
219 LABRADOR DRIVE, UNIT 100
WATERLOO, ON  N2K 4M8
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,656.25

---

**3.317**  **Nonpriority creditor's name and mailing address**

THOMASVILLE MART LLC
111 PRESIDENTIAL BLVD, STE 140
LALA CYNWYD, PA  19004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,557.33

---

**3.318**  **Nonpriority creditor's name and mailing address**

THREDUP INC.
969 BROADWAY STE 200
OAKLAND, CA  94607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$91.81

---

**3.319**  **Nonpriority creditor's name and mailing address**

TIPPAH TIRE & TRUCK SERVICE, LLC
P.O. BOX 78
WALNUT, MS  38683

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,369.43

---

**3.320**  **Nonpriority creditor's name and mailing address**

TL SERVICES
1556 LITTLE BLACKCREEK RD
LUMBERTON, MS  39455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$101.65

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 65 of 73

Debtor    Channel Control Merchants, LLC
          (Name)

Case number (if known)  24-12310

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.321** Nonpriority creditor's name and mailing address

TODOS RECYCLING INC
41 PROSPECT STREET
MIDLAND PARK, NJ  07432

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,000.00

---

**3.322** Nonpriority creditor's name and mailing address

TOTAL QUALITY LOGISTICS LLC
PO BOX 634558
CINCINNATI, OH  45263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$105,588.00

---

**3.323** Nonpriority creditor's name and mailing address

TOWN SQUARE OF COLUMBIA, LLC
P.O. BOX 1248
JACKSON, MS  39215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,934.58

---

**3.324** Nonpriority creditor's name and mailing address

TOYOTA FINANCIAL SERVICES
COMMERCIAL FINANCE
DEPT 2431
CAROL STREAM, IL  60132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,275.85

---

**3.325** Nonpriority creditor's name and mailing address

TOYOTA MATERIAL HANDLING MIDSOUTH
100 FERNCO DRIVE
NASHVILLE, TN  37207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$268.76

Debtor    Channel Control Merchants, LLC

Case number (if known)    24-12310

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $563.14 |

**Nonpriority creditor's name and mailing address**

TRUCKPRO HOLDING CORPORATION
29787 NETWORK PLACE
CHICAGO, IL  60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$563.14

---

3.327  **Nonpriority creditor's name and mailing address**

TRUSTMARK NATIONAL BANK
C/O SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS  39130-2058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
WRIT OF GARNISHMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,287.92

---

3.328  **Nonpriority creditor's name and mailing address**

TXTAG
PO BOX 650749
DALLAS, TX  75265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.00

---

3.329  **Nonpriority creditor's name and mailing address**

U.S. BANK EQUIPMENT FINANCE
PO BOX 790448
ST. LOUIS, MO  63179

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,849.62

---

3.330  **Nonpriority creditor's name and mailing address**

U.S. LAWNS OF JACKSON
690 CENTURY PLACE
RIDGELAND, MS  39157

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,962.50

---

Debtor    Channel Control Merchants, LLC                                  Case number (if known)     24-12310
          (Name)

| Part 2: | Additional Page |

|  | | Amount of claim |
|---|---|---|

**3.331** | **Nonpriority creditor's name and mailing address**<br><br>ULINE INC<br>P O BOX 88741<br>CHICAGO, IL  60680<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,318.25

**3.332** | **Nonpriority creditor's name and mailing address**<br><br>UNITED RENTALS<br>P O BOX 100711<br>ATLANTA, GA  30384<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,753.00

**3.333** | **Nonpriority creditor's name and mailing address**<br><br>UNITED UNLIMITED SALES LTD<br>P. O. BOX 1387<br>NEDERLAND, TX  77627<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,500.00

**3.334** | **Nonpriority creditor's name and mailing address**<br><br>USEDCARDBOARDBOXES.COM<br>4032 WILSHIRE BLVD STE 402<br>LOS ANGELES, CA  90010<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,855.00

**3.335** | **Nonpriority creditor's name and mailing address**<br><br>UTC RETAIL<br>8050 VICTOR MENDOR ROAD<br>SUITE 100<br>VICTOR, NY  14564<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,000.00

| Debtor | Channel Control Merchants, LLC | Case number (if known) | 24-12310 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.336**    **Nonpriority creditor's name and mailing address**

V & V, LLC
820 HWY 35 NORTH
FOREST, MS  39074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,379.26

---

**3.337**    **Nonpriority creditor's name and mailing address**

VERVANTIS, INC
1334 E CHANDLER BLVD
SUITE 5-A29
PHOENIX, AZ  85048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$132,401.59

---

**3.338**    **Nonpriority creditor's name and mailing address**

VIKING FOREST PRODUCTS LLC
PO BOX 734489
DALLAS, TX  75373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$257,072.54

---

**3.339**    **Nonpriority creditor's name and mailing address**

WALLACE FACTORING, LLC
PO BOX 988
FULTON, MS  38843

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,637.12

---

**3.340**    **Nonpriority creditor's name and mailing address**

WAL-MART
702 SW 8TH ST
BENTONVILLE, AR  72716

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,452.85

Debtor    Channel Control Merchants, LLC
          _____    Case number (if known)  24-12310
          (Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

3.341    **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
ATTN: LISA PARKER
P O BOX 9001054
LOUISVILLE, KY  40290

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,044.71

---

3.342    **Nonpriority creditor's name and mailing address**

WATERS TRUCK AND TRACTOR COMPANY INC
PO BOX 831
COLUMBUS, MS  39703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,782.70

---

3.343    **Nonpriority creditor's name and mailing address**

WATWOOD INVESTMENTS, LLC
ATTN: JOHN H WATSON
P.O. BOX 8007
DOTHAN, AL  36304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,000.00

---

3.344    **Nonpriority creditor's name and mailing address**

WAVELAND CHOCTAW PLAZA LLC C/O STIRLING
PROPERTIES LLC
1 SAINT LOUIS STREET, SUITE 4100
MOBILE, AL  36602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,962.22

---

3.345    **Nonpriority creditor's name and mailing address**

WELLS FARGO BANK, NA
PO BOX 105743
ATLANTA, GA  30348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,377.11

---

Debtor    Channel Control Merchants, LLC
(Name)

Case number (if known)   24-12310

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.346**

**Nonpriority creditor's name and mailing address**

WESTBROOK GULFPORT LLC
26 SWAN STREET
NEW ORLEANS, LA  70124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,028.43

---

**3.347**

**Nonpriority creditor's name and mailing address**

WESTBROOK MART, LLC
678 SOUTH CHURCH STREET
BROOKHAVEN, MS  39601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,175.00

---

**3.348**

**Nonpriority creditor's name and mailing address**

WFP BAYMONT, LP
800 BERING SUITE, 100
HOUSTON, TX  77057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,531.00

---

**3.349**

**Nonpriority creditor's name and mailing address**

WILLIAM CORNOG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
BOARD MEMBER FEES & EXPENSES

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,359.00

---

**3.350**

**Nonpriority creditor's name and mailing address**

WILLIAMSON'S AC CONTRACTING LP
8200 WHITE SETTLEMENT ROAD
WHITE SETTLEMENT, TX  76108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,546.00

---

Debtor    Channel Control Merchants, LLC
          (Name)

Case number (if known)    24-12310

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.351**

**Nonpriority creditor's name and mailing address**

WILSON SAFE COMPANY
3031 ISLAND AVE.
PHILADELPHIA, PA  19153

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,742.00

---

**3.352**

**Nonpriority creditor's name and mailing address**

WRIGHT NATIONAL FLOOD INSURANCE COMPANY
P O BOX 33070
SAINT PETERSBURG, FL  33733

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,188.00

---

**3.353**

**Nonpriority creditor's name and mailing address**

ZURICH NORTH AMERICA
8734 PAYSHPERE CIRCLE
PHILADELPHIA, PA  19103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,189.00

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| **4.1**    CCM ASSOCIATES II LLC<br>C/O FOX ROTHSCHILD LLC<br>ATTN: KIERAN T ENSOR & JORDAN B KAPLAN<br>49 MARKET ST<br>MORRISTOWN, NJ  07960 | Line 3.57 |  |

Debtor    Channel Control Merchants, LLC                     Case number (if known)    24-12310
          (Name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| **5a.** | Total claims from Part 1 | **5a.** $598,846.00 |
| **5b.** | Total claims from Part 2 | **5b.** + $35,613,762.74 |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | **5c.** $36,212,608.74 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Channel Control Merchants, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-12310</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | LEASE: BUILDING & LAND GUARANTY AGREEMENT DTD 12/13/2017 | 3045 EAST TEXAS STREET LLC C/O SALE COMMERCIAL PROPERTIES INC ATTN WILLIAM M SALE III 820 GARRETT DR BOSSIER CITY, LA  71111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES INSURANCE POLICY #XEO-G71102282-002 | ACE AMERICAN INSURANCE CO 436 WALNUT ST PO BOX 1000 PHILADELPHIA, PA  19106-3703 |
| | State the term remaining | 12/1/2024 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENTS LIQUIDATION AGREEMENT DTD 9/15/2022 | AMAZON.COM SERVICES LLC C/O AMAZON.COM ATTN GENERAL COUNSEL PO BOX 81226 SEATTLE, WA  98108-1226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES INSURANCE POLICY #FFX-6023931213 | AMERICAN GUARANTEE & LIABILITY INS CO C/O CONTINENTAL CASUALTY CO ATTN NEW LOSS PO BOX 8317 CHICAGO, IL  60680-8317 |
| | State the term remaining | 12/1/2024 | |
| | List the contract number of any government contract | | |

Debtor    Channel Control Merchants, LLC
(Name)

Case number (if known) 24-12310

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES COMMERCIAL INSURANCE PREMIUM FINANCE & SECURITY AGREEMENT DTD 12/22/2023 | AON PREMIUM FINANCE LLC 200 E RANDOLPH ST CHICAGO, IL 60601 |
| | **State the term remaining** | 12/22/2024 | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES COMMERCIAL INSURANCE PREMIUM FINANCE & SECURITY AGREEMENT DTD 4/1/2024 | AON PREMIUM FINANCE LLC 200 E RANDOLPH ST CHICAGO, IL 60601 |
| | **State the term remaining** | 4/1/2025 | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #GLO-4020235-06 | AON RISK SERVICES CENTRAL INC 1650 MARKET ST, STE 1000 PHILADELPHIA, PA 19103 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #WC-0117919-08 | AON RISK SERVICES CENTRAL INC 1650 MARKET ST, STE 1000 PHILADELPHIA, PA 19103 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #BAP-1372624-03 | AON RISK SERVICES CENTRAL INC 1650 MARKET ST, STE 1000 PHILADELPHIA, PA 19103 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #WC-5096374-00 | AON RISK SERVICES CENTRAL INC 1650 MARKET ST, STE 1000 PHILADELPHIA, PA 19103 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |

Debtor    Channel Control Merchants, LLC
          (Name)

Case number (if known)    24-12310

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES COMMERCIAL UMBRELLA LIABILITY POLICY #AUC-9805361 | AON RISK SERVICES CENTRAL INC 1650 MARKET ST, STE 1000 PHILADELPHIA, PA  19103-7306 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #AUC-9805361-12 | AON RISK SERVICES CENTRAL INC 1650 MARKET ST, STE 1000 PHILADELPHIA, PA  19103-7306 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #ZE-9805850-12 | AON RISK SERVICES CENTRAL INC 1650 MARKET ST, STE 1000 PHILADELPHIA, PA  19103-7306 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #FFX-6023931213 | AON RISK SERVICES CENTRAL INC 2 LOGAN SQ 100 N 18TH ST, 16TH FL PHILADELPHIA, PA  19103-2707 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES COMMERCIAL INSURANCE PREMIUM FINANCE & SECURITY AGREEMENT DTD 12/22/2023 | AON RISK SERVICES CENTRAL INC ATTN AUSTIN NEURNBURG PO BOX 7505 MSC 17531 FT WASHINGTON, PA  19034 |
| | **State the term remaining** | 12/22/2024 | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES COMMERCIAL INSURANCE PREMIUM FINANCE & SECURITY AGREEMENT DTD 4/1/2024 | AON RISK SERVICES CENTRAL INC ATTN AUSTIN NEURNBURG PO BOX 7505 MSC 17531 FT WASHINGTON, PA  19034 |
| | **State the term remaining** | 4/1/2025 | |
| | **List the contract number of any government contract** | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 3 of 13

Debtor    Channel Control Merchants, LLC                                        Case number (if known)  24-12310
           (Name)

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>INSURANCE POLICIES<br>INSURANCE POLICY<br>#KTQ-CMB-8P32165-9-24<br><br>**State the term remaining**  4/1/2025<br><br>**List the contract number of any government contract** | AON RISK SERVICES<br>2 LOGAN SQ<br>100 N 18TH ST<br>PHILADELPHIA, PA  19103 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>LEASE: BUILDING & LAND<br>LEASE AGREEMENT DTD 10/24/2022<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BLUE MOUNTAIN INDUSTRIAL PARK LLC<br>ATTN ALLEN FISCHER<br>1303 53RD ST, STE 140<br>BROOKLYN, NY  11219 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>INSURANCE POLICIES<br>INSURANCE POLICY<br>#XEO-G71102282-002<br><br>**State the term remaining**  12/1/2024<br><br>**List the contract number of any government contract** | CHUBB<br>ATTN CHIEF UNDERWRITING OFFICER<br>1133 AVE OF THE AMERICAS, 32ND FL<br>NEW YORK, NY  10036 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>VENDOR AGREEMENTS<br>REVENUE SHARE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLAIRE'S<br>2400 W CENTRAL RD<br>HOFFMAN ESTATES, IL  60192 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>PURCHASE/SALES AGREEMENT<br>PURCHASE & SALE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLASSIC BRANDS ABC LLC<br>ATTN EXECUTIVE MANAGER<br>8901 SNOWDEN RIVER PKWY<br>COLUMBIA, MD  21046 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>PURCHASE/SALES AGREEMENT<br>PURCHASE & SALE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLASSIC BRANDS LLC<br>ATTN SCOTT BURGER, CEO<br>8901 SNOWDEN RIVER PKWY<br>COLUMBIA, MD  21046 |

Debtor    Channel Control Merchants, LLC                                 Case number (if known)  24-12310
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES<br>INSURANCE POLICY #FFX-6023931213 | CNA<br>3 RANDOR CORP CENTER<br>100 MATSONFORD RD, STE 200<br>RADNOR, PA  19087 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND<br>LANDLORD SUBORDINATION<br>AGREEMENT DTD 9/6/2018 | COBALT REALTY INC<br>11001 HIGHLAND RD<br>BATON ROUGE, LA  70810 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND<br>LANDLORD SUBORDINATION<br>AGREEMENT DTD 9/6/2018 | COMPASS BANK<br>ATTN MARC MUEHLEMANN<br>2200 POST OAK BLVD<br>HOUSTON, TX  77056 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND<br>LANDLORD SUBORDINATION<br>AGREEMENT DTD 9/24/2019 | COMPASS BANK<br>ATTN MARC MUEHLEMANN<br>2200 POST OAK BLVD<br>HOUSTON, TX  77056 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES<br>INSURANCE POLICY #FFX-6023931213 | CONTINENTAL INSURANCE COMPANY, THE<br>151 N FRANKLIN ST<br>CHICAGO, IL  60606 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: BUILDING & LAND<br>LEASE AGREEMENT DTD 7/14/2022 | DEMOPOLIS TOWNE CENTER LLC<br>C/O REAL ESTATE SOUTHEAST LLC<br>PO BOX 681955<br>PRATTVILLE, AL  36068 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Channel Control Merchants, LLC

(Name)

Case number (if known) 24-12310

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE/SALES AGREEMENT PURCHASE AGREEMENT | DORMIFY ATTN CFO 286 5TH AVE, 11TH FL NEW YORK, NY  10001 |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE: BUILDING & LAND SUBORDINATION, NON DISTURBANCE & ATTORNMENT AGREEMENT DTD 7/12/28 | EXCHANGE BANK OF ALABAMA, THE ATTN DANNY RAY 230 N 3RD ST GADSDEN, AL  35901 |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE/SALES AGREEMENT SALE AGREEMENT | FLEET FARM LLC 2401 S MEMORIAL DR APPLETON, WI  54915 |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR AGREEMENTS CONSIGNMENT AGREEMENT DTD 8/15/2024 | FLOOR FOUND INC ATTN CEO 8911 N CAPTIAL OF TX HWY, STE 4200 AUSTIN, TX  78759 |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR AGREEMENTS CONSIGNMENT AGREEMENT DTD 10/2/2023 | FUNAI SERVICE CORPORATION 2950 TOY RD GROVEPORT, OH  43125 |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE: BUILDING & LAND REAL ESTATE LEASE DTD 1/29/2020 | GRANT AND SONS TRUCKING ATTN RICHARD GRANT 119 CITY PARK HATTIESBURG, MS  39401 |

Debtor    Channel Control Merchants, LLC                                    Case number (if known)    24-12310

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: BUILDING & LAND LANDLORD SUBORDINATION AGREEMENT DTD 9/24/2019 | GULFPORT/ORANGE GROVE ASSOCIATE LTD ATTN GABRIEL JEIDEL 49 W 37TH ST, 9TH FL NEW YORK, NY  10018-6257 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENTS REVENUE SHARE AGREEMENT | HAAS OUTDOORS INC 200 E MAIN ST WEST POINT, MS  39773 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE/SALES AGREEMENT PURCHASE AGREEMENT | HILCO WHOLESALE SOLUTIONS LLC ATTN EVP, COMMERCIAL COUNSEL 5 REVERE DR, STE 206 NORTHBROOK, IL  60062 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: BUILDING & LAND LEASE AGREEMENT DTD 10/2/2023 | HILLSBORO SHOPPING CENTER LLC 4851 LBJ FREEWAY 10TH FLOOR ATTN: JOHN LANCASTER DALLAS, TX  75244 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: BUILDING & LAND GUARANTY AGREEMENT DTD 7/21/2016 | HILLSBORO-WM LTD ATTN JOE MERRITT 8235 DOUGLAS AVE, STE 1030 DALLAS, TX  75225 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENTS REVENUE SHARE AGREEMENT | HSL VENTURES INC ATTN PRESIDENT 30700 RUSSELL RANCH RD, STE 250 WESTLAKE VILLAGE, CA  91362 |

Debtor    Channel Control Merchants, LLC                                          Case number (if known)    24-12310
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: BUILDING & LAND<br>LEASE AGREEMENT DTD 3/1/2021 | HUDSPETH PROPERTIES LLC<br>ATTN BUBBA HUDSPETH<br>1732 S CHURCH AVE<br>LOUISVILLE, MS  39339 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENTS<br>MASTER SERVICES AGREEMENT DTD 7/10/2022 | LOWE'S COMPANIES INC<br>ATTN VP OPERATIONS<br>1000 LOWE'S BLVD<br>MOORESVILLE, NC  28117 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENTS<br>MASTER SERVICES AGREEMENT DTD 7/10/2022 | LOWE'S HOME CENTERS LLC<br>ATTN VP OPERATIONS<br>1000 LOWE'S BLVD<br>MOORESVILLE, NC  28117 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENTS<br>REVENUE SHARE AGREEMENT | MACY'S CORPORATE SERVICES LLC<br>ATTN VP SUPPLY CHAIN<br>151 W 34TH ST<br>NEW YORK, NY  10001 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: BUILDING & LAND<br>LEASE AGREEMENT DTD 9/23/2015 | MAPLE COURT LLC<br>PO BOX 681955<br>PRATTVILLE, AL  36068 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENTS<br>CONSIGNMENT AGREEMENT DTD 8/28/2023 | MERCHSOURCE LLC<br>ATTN CO-FOUNDER<br>7755 IRVINE CENTER DR, STE 100<br>IRVINE, CA  92618 |

Debtor    Channel Control Merchants, LLC                                    Case number (if known)   24-12310
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSING AGREEMENT<br>LICENSE AGREEMENT DTD 8/26/2021 | MINGLEWOOD PROPERTIES LTD<br>ATTN STEVE CARLILE<br>PO BOX 1806<br>MARSHALL, TX  75671-1806 |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE: BUILDING & LAND<br>COMMERCIAL LEASE AGREEEMENT DTD 8/7/20 | MINGLEWOOD PROPERTIES LTD<br>PO BOX 1806<br>MARSHALL, TX  75671-1806 |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE: BUILDING & LAND<br>GUARANTY AGREEMENT | MYSTIC LLC<br>ATTN MANAGING PARTNER<br>PO BOX 100<br>PLATTENVILLE, LA  70393 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT<br>MASTER PROFESSIONAL SERVICES AGREEMENT | NORDSTROM INC<br>ATTN CORP SECRETARY<br>1617 6TH AVE<br>SEATTLE, WA  98101 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT<br>MASTER PROFESSIONAL SERVICES AGREEMENT | NORDSTROM INC<br>ATTN MGR STRATEGIC SOURCING<br>1617 6TH AVE<br>SEATTLE, WA  98101 |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR AGREEMENTS<br>VENDOR AGREEMENT DTD 4/12/2022 | NORDSTROM INC<br>ATTN MGR STRATEGIC SOURCING<br>1617 6TH AVE<br>SEATTLE, WA  98101 |

Debtor    Channel Control Merchants, LLC                                    Case number (if known) 24-12310
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.53** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | VENDOR AGREEMENTS<br>VENDOR AGREEMENT DTD 3/8/23 | PENNEY OPCO LLC<br>ATTN VP, FINANCE<br>6501 LEGACY DR, STE B-100<br>PLANO, TX 75024 |
| **2.54** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | VENDOR AGREEMENTS<br>REVENUE SHARE AGREEMENT | PILOT TRAVEL CENTERS LLC<br>ATTN VP MERCHANDISING<br>5508 LONAS DR<br>KNOXVILLE, TN 37909 |
| **2.55** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LEASE: BUILDING & LAND<br>GUARANTY AGREEMENT (RE LEASE DTD 11/05/2008) | PINE TREE PLAZA LLC<br>C/O DOUGLAS J BERNARD<br>857 BROWNSWITCH RD, #289<br>SLIDELL, LA 70458 |
| **2.56** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | VENDOR AGREEMENTS<br>REVENUE SHARE AGREEMENT | QUIET LOGISTICS<br>64 JACKSON RD<br>DEVENS, MA 1434 |
| **2.57** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LEASE: BUILDING & LAND<br>SUBORDINATION, NON DISTURBANCE & ATTORNMENT AGREEMENT DTD 7/12/28 | RIA GATLINBURG PROPERTIES LLC<br>ATTN JASON B STINSON<br>111 S 4TH ST<br>GADSDEN, AL 35901 |
| **2.58** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | VENDOR AGREEMENTS<br>REVENUE SHARE AGREEMENT | SOHNEN ENTERPRISES INC<br>ATTN CEO<br>1 CENTERPOINTE DR, STE 210<br>LA PALMA, CA 90623 |

Debtor   Channel Control Merchants, LLC
     (Name)

Case number (if known)   24-12310

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALES AGREEMENT<br>PURCHASE & SALE AGREEMENT | STANDVAST FULFILLMENT INC<br>ATTN CEO<br>3883 US-51<br>SOUTHHAVEN, MS  38651 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES<br>INSURANCE POLICY SPR 8692919-01 | STEADFAST INSURANCE COMPANY<br>1299 ZURICH WAY<br>SCHAUMBURG, IL  60196-1056 |
| | State the term remaining | 12/1/2024 | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES<br>INSURANCE POLICY<br>#XEO-G71102282-002 | STEADFAST INSURANCE COMPANY<br>1299 ZURICH WAY<br>SCHAUMBURG, IL  60196-1056 |
| | State the term remaining | 12/1/2024 | |
| | List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENTS<br>REVENUE SHARE AGREEMENT | THREDUP INC<br>ATTN MANAGER<br>969 BROADWAY, STE 200<br>OAKLAND, CA  94607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICIES<br>INSURANCE POLICY<br>#KTQ-CMB-8P32165-9-24 | TRAVELERS EXCESS & SURPLUS LINES COMPANY<br>ONE TOWER SQ<br>HARTFORD, CT  06183 |
| | State the term remaining | 4/1/2025 | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENTS<br>CONSIGNMENT AGREEMENT DTD 8/8/2024 | TVILUM LLC<br>ATTN VP ECOMMERCE<br>50 IRON GATE RD<br>CLARKSVILLE, VA  23927 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Channel Control Merchants, LLC
          (Name)                                                    Case number (if known)    24-12310

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE/SALES AGREEMENT<br>PURCHASE ORDER AGREEMENT | VANTAGE INC<br>D/B/A ACQUCO<br>228 PARK AVE S, #51818<br>NEW YORK, NY  10003 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: BUILDING & LAND<br>SETTLEMENT AGREEMENT AND LEASE TERMINATION | VAQUERO BROADWAY PARTNERS LP<br>ATTN MARC MARROCCO<br>8150 N CENTRAL EXPY, STE 1435<br>DALLAS, TX  75206 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENTS<br>MASTER AGREEMENT DTD 5/2/2016 | WAL-MART STORES EAST LP<br>ATTN VP QUALITY & RESERVE<br>601 N WALTON BLVD<br>BENTONVILLE, AR  72716 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    12/1/2024<br><br>**List the contract number of any government contract** | INSURANCE POLICIES<br>COMMERCIAL UMBRELLA LIABILITY<br>POLICY #AUC-9805361 | ZURICH AMERICAN INSURANCE COMPANY<br>1299 ZURICH WAY<br>SCHAUMBURG, IL  60196-1056 |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    12/1/2024<br><br>**List the contract number of any government contract** | INSURANCE POLICIES<br>INSURANCE POLICY #BAP-1372624-03 | ZURICH AMERICAN INSURANCE COMPANY<br>1299 ZURICH WAY<br>SCHAUMBURG, IL  60196-1056 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    12/1/2024<br><br>**List the contract number of any government contract** | INSURANCE POLICIES<br>INSURANCE POLICY #WC-0117919-08 | ZURICH AMERICAN INSURANCE COMPANY<br>1299 ZURICH WAY<br>SCHAUMBURG, IL  60196-1056 |

Debtor    Channel Control Merchants, LLC                    Case number (if known)  24-12310
           (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.71** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #WC-5096374-00 | ZURICH AMERICAN INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL  60196-1056 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| **2.72** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES COMMERCIAL INSURANCE PREMIUM FINANCE & SECURITY AGREEMENT DTD 12/22/2023 | ZURICH AMERICAN INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL  60196-1056 |
| | **State the term remaining** | 12/22/2024 | |
| | **List the contract number of any government contract** | | |
| **2.73** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #GLO-4020235-06 | ZURICH AMERICAN INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL  60196-1056 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| **2.74** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #AUC-9805361-12 | ZURICH AMERICAN INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL  60196-1056 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| **2.75** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY #ZE-9805850-12 | ZURICH AMERICAN INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL  60196-1056 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |
| **2.76** | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICIES INSURANCE POLICY SPR 8692919-01 | ZURICH AMERICAN INSURANCE COMPANY 1299 ZURICH WAY SCHAUMBURG, IL  60196-1056 |
| | **State the term remaining** | 12/1/2024 | |
| | **List the contract number of any government contract** | | |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 13 of 13

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Channel Control Merchants, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-12310</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 | CAL SUPPORT SERVICES, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.2 | CCM CAPITAL ASSETS, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | BMO BANK N.A. (F/K/A BMO HARRIS BANK N.A) | ☑ D ☐ E/F ☐ G |
| 2.3 | CCM CAPITAL ASSETS, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.4 | CCM SUPPORT SERVICES, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.5 | CCM WHOLESALE SE, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.6 | CCM WHOLESALE, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.7 | CHANNEL CONTROL MERCHANTS OF CALIFORNIA, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.8 | CHANNEL CONTROL MERCHANTS OF TEXAS, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.9 | CREATIVE SALES SOLUTIONS, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.10 | DIRT CHEAP ARKANSAS, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.11 | DIRT CHEAP BUILDING SUPPLIES, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |

Debtor    Channel Control Merchants, LLC
          _____
          (Name)

Case number (if known) 24-12310

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.12 | DIRT CHEAP I, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.13 | DIRT CHEAP OF GEORGIA, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.14 | DIRT CHEAP OF LOUISIANA, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.15 | DIRT CHEAP SE, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.16 | DIRT CHEAP TENNESSEE, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | HDC HOLDINGS II, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | BMO BANK N.A. (F/K/A BMO HARRIS BANK N.A) | ☑ D ☐ E/F ☐ G |
| 2.18 | HDC HOLDINGS II, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.19 | HDC HOLDINGS III, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |
| 2.20 | TREASURE HUNT, LLC | 6892 US HWY 49 NORTH HATTIESBURG MS 39402 | TREASURE TOPCO LLC | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor    Channel Control Merchants, LLC

United States Bankruptcy Court for the:    District of Delaware

Case number    24-12310
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/10/2024            **✗** /s/ Jeffrey Martin
              MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                  Jeffrey Martin
                                  Printed name

                                  CHIEF RESTRUCTURING OFFICER
                                  Position or relationship to debtor